UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.

                        CASE NO: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation and SEAN MANLEY,
Individually and As agent for Hartford

    Defendant.

_____/

**DEFENDANTS' MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

    The Defendants, THE HARTFORD INSURANCE COMPANY and SEAN MANLEY hereby move for a ten (10) day extension of time up through and including April 27, 2006, within which to respond to the Complaint of the Pro Se Plaintiffs, Thomas Stallworth and Willie Mae Stallworth, pursuant to Federal Rule of Civil Procedure 6(b) and N. D. Fla. Loc. R. 7.1(B), and as grounds state as follows:

    1.    Defendants, Hartford Insurance Company and Sean Manley, were served with the Summons and Complaint in this action on March 28th and March 29, 2006, respectively. These Defendants are currently scheduled to respond to the Complaint of Thomas Stallworth and Willie Mae Stallworth on or before April 17 and April 18, 2006.

    2.    Defendants, Hartford Insurance Company and Sean Manley, are desirous of a ten (10) day extension of time from April 17, 2006, within which to file their response to the Pro Se Plaintiffs' Complaint.

3. This extension is sought in good faith and is based upon the recent assignment of counsel to this claim by Defendants. After receiving this file ten days ago, undersigned counsel has been required to travel to Chicago, Orlando, Tampa and Hartford. This travel schedule has precluded undersigned from devoting full attention to the preparation of a response to the Complaint.

4. Undersigned is in need of a brief extension of ten (10) days in order to prepare an appropriate response to the Pro Se Plaintiffs' Complaint.

5. CERTIFICATE REQUIRED BY N. D. FLA. LOC. R. 7.1(B) -- Defendants, Hartford Insurance Company and Sean Manley, have conferred with the Pro Se Plaintiffs in an attempt in good faith to reach an agreement regarding the requested extension of time. However, the Pro Se Plaintiffs have refused to agree to such an extension.

WHEREFORE, the Defendants, THE HARTFORD INSURANCE COMPANY and SEAN MANLEY, hereby request this Court to enter an Order granting their ten (10) day extension within which to respond to the Complaint, up through and including April 27, 2006.

HINSHAW & CULBERTSON LLP

s/Joseph T. Kissane
Joseph T. Kissane
Florida Bar No.: 512966
Alexander I. Anurca, Jr
Florida Bar No.: 016341
50 North Laura Street
Suite 4100
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
jkissane@hinshawlaw.com
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P.O. Box 941148, Houston, TX 77094.

s/Joseph T. Kissane
Joseph T. Kissane
Florida Bar No.:  512966
Alexander I. Anurca, Jr
Florida Bar No.: 016341
50 North Laura Street
Suite 4100
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
E-mail:  jkissane@hinshawlaw.com
Attorneys for Defendants