FLN (Rev. 4/2004) Deficiency Order                                                                                       Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

     vs                                     Case No. 3:06cv89/MCR/EMT

HARTFORD INSURANCE COMPANY

_____

## ORDER

**PLAINTIFF'S AFFIDAVIT OF SERVICE and RETURNS OF SERVICE received by Clerk on April 12, 2006 via facsimile**, were referred to the undersigned with the following deficiencies:

> **FACSIMILE TRANSMITTED DOCUMENTS.** Facsimile transmission shall not be used for the routine filing of papers. *See* N/D of Florida Local Rule 5.1(F).  (The original affidavits and returns of service are to be filed with the Clerk).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to you by the Clerk without filing. It may be resubmitted after the above noted deficiencies are corrected.

**DONE and ORDERED** this 14th day of April 2006.

                                                            */s/ Elizabeth M. Timothy*
                                                            **ELIZABETH M. TIMOTHY**
                                                            **UNITED STATES MAGISTRATE JUDGE**