## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    VS                                      CASE NO. 3:06cv89 MCR/EMT

THE HARTFORD INSURANCE COMPANY,
ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on  April 14, 2006
Type of Motion/Pleading: MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT (up through and including April 27, 2006)
Filed by: Defendants          on 4/14/06       Document   4
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                    */s/ Lynn C. Uhl*
                                                    Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 17th day of April, 2006, that:

(a) The requested relief is **GRANTED**.

(b) _____

                                                    */s/ Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                                  Document No.