# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 3:06CV89-MRC-EMT

Plaintiff:
**THOMAS STALLWORTH AND WILLIE MAE STALWORTH**

vs.

Defendant:
**THE HARTFORD INSURANCE COMPANY, et al**

For:
Thomas E. Stallworth

Received by ZIRKLE PROCESS SERVICE, INC. on the 27th day of March, 2006 at 4:30 pm to be served on THE HARTFORD INSURANCE COMPANY, 200 EAST GAINES ST., TALLAHASSEE, FL.

I, Herman Mathers, do hereby affirm that on the 31st day of March, 2006 at 3:00 pm, I:

Served the within named CORPORATION by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me to THE HONORABLE TOM GALLAGHER, FLORIDA CHIEF FINANCIAL OFFICER as REGISTERED AGENT, by serving JACKIE JONES as WORD PROCESSOR , who is a person designated to accept service on behalf of the Florida Chief Financial Officer. A $15.00 fee paid pursuant to chapter 624.502, FS.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Special Process Server in the county in which it was served.

**Herman Mathers**
SPECIAL PROCESS SERVER #2

ZIRKLE PROCESS SERVICE, INC.
600 West Prospect Road
Suite 1-D
Ft. Lauderdale, FL  33309
(954) 382-4748
Our Job Serial Number: 2006000437
Ref: 1655

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h