## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:06CV89-MCR-EMT

Plaintiff:
**THOMAS STALLWORTH AND WILLIE MAE STALLWORTH**
vs.
Defendant:
**THE HARTFORD INSURANCE COMPANY A DELAWARE CORPORATION AND SEAN MANLEY, INDIVIDUALLY AND AS AGENT FOR HARTFORD INSURANCE COMPANY**

For: Thomas E. Stallworth

Received by ZIRKLE PROCESS SERVICE INC. to be served on **SEAN MANLEY, 2502 ROCKYPOINT DRIVE, SUITE 400, TAMPA, FL 33607.** I, Jean M. Stechmeyer, being duly sworn, depose and say that on the 28th day of March, 2006 at 3:10 p.m., executed service by delivering a true copy of the **SUMMONS AND ORIGINAL COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

SUBSTITUTE
(X) ~~CORPORATE~~ SERVICE: By serving **Rhonda Acosta** as Supervisor, 3/29/06, I spoke with Sean Manley who confirmed receipt of Summons & Complaint.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 29th day of March, 2006 by the affiant who is personally known to me.

_NOTARY PUBLIC_

Daniel E. Irvine
Commission #DD262744
Expires: Dec 17, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

PROCESS SERVER # 75-2638928
Appointed in accordance
with State Statutes

**ZIRKLE PROCESS SERVICE INC.**
600 West Prospect Road
Suite 1-D
Fort Lauderdale, FL 33309
(954) 567-1050
Our Job Serial Number: 2006001654

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8f