FLN (Rev. 4/2004) Deficiency Order                                                                                                     Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL.

    vs                                                                      Case No. 3:06cv89/MCR/EMT

HARTFORD INSURANCE COMPANY,
ET AL.

_____

## ORDER

**PLAINTIFFS' FIRST AMENDED COMPLAINT**, received by the clerk of court on April 21, 2006, was referred to the undersigned with the following deficiencies:

> The document does not have a certificate of service, as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service of the amended complaint upon Defendants.

> The first page of the document does not have a bottom margin of at least two inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.

For these reasons, it is **ORDERED**:

> The submitted hard copy of the document shall be returned to Plaintiffs by the clerk of court without electronic filing.  The document may be resubmitted after the above noted deficiencies are corrected.

**DONE AND ORDERED** this 27th day of April 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**