UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

THOMAS STALLWORTH and          δ          CASE NO.
                                          3:06CV89MCR/EMT
WILLIE MAE STALLWORTH          δ

Plantiffs,                                DIVISION B

Vs.

THE HARTFORD INSURANCE COMPANY
A Delaware Corporation and Sean Manley,
Individually and As Agent for Hartford

Defendants

_____/

## PLAINTIFF'S MOTION
## OPPOSING FOR AN EXTENCTION OF TIME

   The Plaintiffs, Thomas Stallworth and Willie Mae Stallworth disagree with the providing of additional time for the following reasons:

   1. Thomas Stallworth has need of immediate medical care which necessitated the need for neck surgery, which was scheduled for April 18, 2006, as well as additional test of which Hartford has failed to meet their contractual obligation.

   2. Additional monies are needed for further testing.

   3. There was a breach of contract and there was not fair dealing in this cause.

   4. Judge Frank Bell recommended that all parties involved should be present at the mediation, however Hartford chose not to be present when the case was settled on December 2, 2005.

Wherefore, the Plaintiffs Thomas Stallworth and Willie Mae Stallworth hereby request this court not to enter or grant their ten (10) day extension in which to respond to the complaint up through and including April 27, 2006.

Respectfully yours,

Thomas Stallworth, Pro Se
P.O. Box 941148
Houston, Texas 77094
(832)379-8840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2006, I mailed a copy of the foregoing document by first class mail to the following participants, The Clerk of the Court, Hinshaw & Culbertson, Joseph T. Kissane at 50 North Laura Street, Suite 4100, Jacksonville, Florida 32202.

Thomas Stallworth

*[signature]*

P.O. Box 941148
Houston, Texas 77094
(832)379-8840