**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOMAS STALLWORTH, ET AL

    VS                                                                                               Case No.  3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on     April 27, 2006

Type of Motion/Pleading: MOTION OPPOSING FOR AN EXTENSION OF TIME

Filed by:   Thomas Stallworth   on  4/21/06   Document   11

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                                    on              Doc.#

                                                    on              Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

      Upon consideration of the foregoing, it is **ORDERED** this 28th day of April, 2006, that:

(a)    The requested relief is **DENIED** as moot (*see* Doc. 6).

(b)

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE**