IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

vs.                                      Case No:  3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation, and SEAN MANLEY,
    Defendants.
_____/

## O R D E R

    This cause is before the court on Defendants' motion to dismiss (Doc. 13).  Plaintiffs shall now be required to reply to Defendants' motion.

    Accordingly, it is **ORDERED**:

    1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiffs shall file a response to Defendants' motion to dismiss.

    2.    Failure to comply with this order may result in a recommendation that Defendants' motion be granted and that final judgment be entered in favor of Defendants.  *See* N.D. Fla. L. R. 7.1(C)(1).

    **DONE AND ORDERED** this 28th day of April 2006.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**