UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

      Plaintiffs,

vs.

                                      CASE NO: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation and SEAN MANLEY,
Individually and As agent for Hartford

      Defendant.

_____/

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT RULE(26)(F) CONFERENCE**

      The Defendants, THE HARTFORD INSURANCE COMPANY and SEAN MANLEY hereby move for an indefinite extension of time until Defendants Motion to Dismiss has been ruled upon or in the alternative an extension of time up through and including August 31, 2006, within which to conduct the Rule 26(f) disclosure conference, Pursuant to Federal Rule of Civil Procedure 6(b) and N. D. Fla. Loc. R. 7.1(B), and as grounds state as follows:

      1.      Defendants, Hartford Insurance Company and Sean Manley, were served with the Summons and Complaint in this action on March 28th and March 29, 2006, respectively. Pursuant to Rule 16(b), the Courts scheduling order shall issue within 120 days after the Complaint has been served on Defendant. Rule 26(f) requires the parties to confer at least 21 days before a scheduling conference is held or a scheduling conference is due. Therefore, the parties are currently required to conduct a Rule 26(f) disclosure conference on or before Wednesday, July 5, 2006.

2. Defendants, Hartford Insurance Company and Sean Manley, are desirous of an indefinite extension of time until Defendants Motion to Dismiss has been ruled upon or in the alternative an extension of time up through and including August 31, 2006, within which to conduct the Rule 26(f) disclosure conference.

3. This extension is sought in good faith and is based upon the following reasons. First, in response to Plaintiff's Complaint, Defendants have filed a Motion to Dismiss. This motion, if successful, would cause the Rule 26 disclosure conference and discovery plan to be moot and an unnecessary task for both parties.

Second, the logistics involved in this matter create an uncommon level of difficulty in the scheduling and coordination of a conference such as the one discussed herein. Pro Se Plaintiffs reside in Houston, Texas, Co-Defendant, The Hartford, is incorporated in Delaware with its Senior Counsel located in Hartford, Connecticut, Co-Defendant, Sean Manley, is currently employed and working in The Hartford's Tampa, Florida office, and defense counsel is located in Jacksonville, Florida.

Lastly, lead counsel and attorney of record for the Defendants, Joseph T. Kissane, is currently out of town and not scheduled to return until July 11, 2006, several days after the deadline for the Rule 26(f) conference.

4. Pursuant to Rule (6)(b), the time prescribed to conduct the subject conference has not expired, and therefore, the Undersigned requests an indefinite extension of time until Defendants Motion to Dismiss has been ruled upon or in the alternative an extension of time up through and including August 31, 2006, within which to conduct the Rule 26(f) disclosure conference, for the reasons stated above.

5.  Pursuant to N. D. FLA. LOC. R. 7.1(A)(1), a memorandum of law in support is not required to accompany this motion.

### CERTIFICATE OF CONFERRING WITH PLAINTIFF

Pursuant to N. D. FLA. LOC. R. 7.1(B), Defendants, Hartford Insurance Company and Sean Manley, have conferred with the Pro Se Plaintiffs in a good faith effort an attempt to resolve by agreement the issues raised herein.  However, the Pro Se Plaintiffs have refused to agree to such an extension and are opposed to this motion.

WHEREFORE, the Defendants, THE HARTFORD INSURANCE COMPANY and SEAN MANLEY, hereby request this Court to enter an Order granting an indefinite extension of time until Defendants Motion to Dismiss has been ruled upon or in the alternative an extension of time up through and including August 31, 2006, within which to conduct the Rule 26(f) disclosure conference.

HINSHAW & CULBERTSON LLP

**s/ Geoffrey D. Sessions**
Geoffrey D. Sessions
Florida Bar No.: 992984
50 North Laura Street
Suite 4100
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
jkissane@hinshawlaw.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P.O. Box 941148, Houston, TX 77094.

                                          **s/ Geoffrey D. Sessions**
                                          Geoffrey D. Sessions
                                          Florida Bar No.: 992984
                                          50 North Laura Street
                                          Suite 4100
                                          Jacksonville, FL 32202
                                          Telephone: 904-359-9620
                                          Facsimile: 904-359-9640
                                          E-mail:  jkissane@hinshawlaw.com
                                          Attorneys for Defendants