# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL.

    VS                                                CASE NO.  3:06cv89 MCR/EMT

THE HARTFORD INSURANCE COMPANY,
ET AL.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     July 3, 2006

Type of Motion/Pleading: MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT RULE 26(f) CONFERENCE

Filed by:   DEFENDANTS   on  6/30/06  Document   18

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                           on            Doc.#

                                           on            Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Lynn C. Uhl*
Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this  3rd  day of July, 2006, that:

(a)    The requested relief is **GRANTED**.  The parties shall not be required to conduct a Rule 26(f) conference until ordered to do so in a scheduling order.

(b)

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.