UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

THOMAS STALLWORTH and     δ     CASE NO.
                                                       3:06CV89MCR/EMT
WILLIE MAE STALLWORTH     δ

Plantiffs,                              DIVISION B

Vs.

THE HARTFORD INSURANCE COMPANY
A Delaware Corporation and Sean Manley,
Individually and As Agent for Hartford

Defendants

_____/

## PLAINTIFF'S MOTION
## OPPOSING FOR AN EXTENSION OF TIME

**COME NOW PLAINTIFFS** who files this opposition to an extension of time, but does agree to have a conference as required by rule 26(f) of the Florida Federal Rules of Civil procedure that was faxed to plaintiffs by defendants the HARTFORD INSURANCE COMPANY and Sean Manley on June 28, 2006 after a surprise telephone call from the law firm of HINSHAW & CULBERTSON by Patrick J. Synder used as Exhibit "A" for your review.

HINSHAW & CULBERTSON has asked for and received an extension of time in the

past, thus this will show our concern for preferential treatment again which has gone unnoticed before.

Therefore we pray that the court proceed with the proper ruling and for a settlement of what plaintiffs have paid for in advance.

Thomas Stallworth, Pro Se
P.O. Box 941148
Houston, Texas 77094
(832)379-8840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2006, I mailed a copy of the foregoing document by first class mail to the following participants, The Clerk of the Court, Hinshaw & Culbertson, Joseph T. Kissane at 50 North Laura Street, Suite 4100, Jacksonville, Florida 32202.

Thomas Stallworth

*[signature]*

P.O. Box 941148
Houston, Texas 77094
(832)379-8840



**HINSHAW**
& CULBERTSON LLP

EXHIBIT "A"

June 28, 2006

**VIA FACSIMILE AND U.S. MAIL**

Mr. Thomas Stallworth
P. O. Box 941148
Houston, TX 77094

**ATTORNEYS AT LAW**

50 North Laura Street
Suite 4100
Jacksonville, FL 32202-3621

904-359-9620
904-359-9640 (fax)
www.hinshawlaw.com

    Re:    Thomas and Willie Mae Stallworth v. The Hartford Ins. Co.
            and Sean Manley

Dear Mr. Stallworth:

     As requested, please allow this correspondence to reiterate our brief discussion on the telephone today, June 28, 2006. As I indicated, we are required to coordinate a conference as required by Rule 26(f) of the Florida Federal Rules of Civil Procedure. Please refer to the Florida Federal Rules of Civil Procedure. Rule 26 requires that this conference take place in the immediate future. Moreover, Rule 26(f)(4) requires that a written report of our plan be submitted to the court within fourteen (14) days after this conference occurs. As I indicated, we plan on filing a motion with the court requesting an indefinite extension of this conference until after Defendant's Motion to Dismiss has been ruled upon by this Court or in the alternative until at least August 31, 2006.

     I had contacted you in order to make you aware of the Rule 26(f) conference, as well as, to inquire as to whether you would agree to this request for an extension of time. As discussed, we have filed a Motion to Dismiss with the Court and therefore, feel it is unnecessary to prepare and conduct this conference until after the Court has ruled upon our Motion. Also, Joe Kissane is out of town until July 11, 2006 and, as he is lead counsel and attorney of record, it would be preferable that he is able to attend this conference as well.

     Pursuant to 7.1(B) of the Local Rules of the United States District Court for the Northern District of Florida, we must attempt to resolve this issue prior to filing a motion. Therefore, please contact me within the next 24 to 48 hours to let me know of whether you agree or object to the discussed motion. Please allow this letter to serve as our good faith attempt to resolve by agreement the issues raised herein.

Shaun Dellone
February 9, 2006
Page 2

EXHIBIT "A"

Thank you for your attention to this matter.

Very truly yours,

HINSHAW & CULBERTSON LLP

Patrick J. Snyder
psnyder@hinshawlaw.com

PJS:rlk



# HINSHAW
& CULBERTSON LLP

EXIBIT "A"

June 28, 2006

## FACSIMILE TRANSMISSION

## TO BE DELIVERED IMMEDIATELY

**ATTORNEYS AT LAW**

50 North Laura Street
Suite 4100
Jacksonville, FL 32202-3621

904-359-9620
904-359-9640 (fax)
www.hinshawlaw.com

| | | | |
|---|---|---|---|
| **TO:** Thomas Stallworth | **COMPANY:** | **FAX NO.:** 832-379-8840 | **PHONE NO.:** |
| **FROM:** Patrick J. Snyder | | **USER ID:** A5760 | |
| **MATTER NAME:** Stallwork | | **MATTER NO.:** 865080 | |
| **NO. OF PAGES (including this Cover):** 3 | **SENDING OPERATOR:** Robin | | |

**COMMENTS, IF ANY:**

**HARD COPY:**
☐ Will follow by mail        ☐ Will follow by overnight mail        ☐ Will not follow

If you do not receive the number of pages listed above, please call 904-359-9620. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin