FLN (Rev. 4/2004) Deficiency Order                                                                                               Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA  DIVISION

THOMAS STALLWORTH, ET AL

    vs                                                       Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

## ORDER

**PLAINTIFFS' LETTER TO JOE KISSANE DATED JULY 12, 2006 (copy) received by Clerk on July 19, 2006**, was referred to the undersigned with the following deficiency:

Plaintiff's document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court, the case style, the case number, the title of the pleading, an original signature and a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.  **The body of the pleading should state the nature of the relief requested.**

For these reasons, it is **ORDERED** that:

The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

**DONE and ORDERED** this 21st day of July 2006.

                                                   /s/ *Elizabeth M. Timothy*
                                                 **ELIZABETH M. TIMOTHY**
                                                 **UNITED STATES MAGISTRATE JUDGE**