**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

v.                                        Case No: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation, and SEAN MANLEY,
    Defendants.

_____/

**O R D E R**

        This cause comes on for consideration upon the magistrate judge's amended report and recommendation dated August 8, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

        Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.     The magistrate judge's amended report and recommendation is adopted and incorporated by reference in this order.

        2.     Defendants' motion to dismiss (Doc. 13) is **GRANTED in part** as follows:

            a.     Defendants' motion to dismiss for failure to state a claim is **GRANTED** as to Count II, to the extent Plaintiffs assert a claim for statutory first party bad faith. Dismissal of this claim shall be without prejudice to Plaintiffs filing a new action when the issue of Hartford's liability has been determined.

      b.    Defendants' motion to dismiss for failure to state a claim is **DENIED** as to Count II, to the extent Plaintiffs assert a common law claim for breach of the warranty of good faith and fair dealing.

      c.    Defendants' motion to dismiss for failure to state a claim is **GRANTED** as to Count III, Plaintiffs' claim for unfair claim settlement practices.  Dismissal of this claim shall be without prejudice to Plaintiffs filing a new action when the issue of Hartford's liability has been determined.

      d.    Defendants' motion to dismiss for failure to state a claim is **GRANTED** as to Plaintiffs' claims against Defendant Manley, and Defendant Manley is **DISMISSED** as a Defendant.

      e.    Defendants' motion to dismiss for lack of subject matter jurisdiction is **DENIED**.

      f.    Defendants' request for a more definite statement of Plaintiffs' breach of contract claim is **DENIED**.

    3.    This matter is referred to the assigned Magistrate Judge for further proceedings on Plaintiffs' claims, including the issuance of an order directing Plaintiffs to file an amended complaint that includes a more definite statement of Plaintiffs' common law claim of breach of the warranty of good faith and fair dealing.

    **DONE AND ORDERED** this  19th  day of September, 2006.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**