IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

v.                                     Case No: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation,
    Defendant.
_____/

## **ORDER**

       This matter is before the court upon referral from the District Judge. Plaintiffs initiated this action by filing a complaint against the Hartford Insurance Company ("Hartford") and its agent, Sean Manley (Doc. 1). Defendants filed a motion to dismiss the complaint on various grounds (Doc. 13). Plaintiffs filed a response opposing the motion to dismiss (Doc. 17). After careful consideration, the undersigned issued an Amended Report and Recommendation, recommending that the motion to dismiss be granted in part (Doc. 27). The District Judge adopted the Amended Report and Recommendation and disposed of Defendants' motion to dismiss as follows:

       1.    Defendants' motion to dismiss for failure to state a claim was **GRANTED** as to Count II, to the extent Plaintiffs asserted a claim for statutory first party bad faith. Dismissal of this claim was without prejudice to Plaintiffs filing a new action when the issue of Hartford's liability has been determined.

       2.    Defendants' motion to dismiss for failure to state a claim was **DENIED** as to Count II, to the extent Plaintiffs asserted a common law claim for breach of the warranty of good faith and fair dealing.

    3.    Defendants' motion to dismiss for failure to state a claim was **GRANTED** as to Count III, Plaintiffs' claim for unfair claim settlement practices. Dismissal of this claim was without prejudice to Plaintiffs filing a new action when the issue of Hartford's liability has been determined.

    4.    Defendants' motion to dismiss for failure to state a claim was **GRANTED** as to Plaintiffs' claims against Defendant Manley, and Defendant Manley was **DISMISSED** as a Defendant.

    5.    Defendants' motion to dismiss for lack of subject matter jurisdiction was **DENIED**.

(Doc. 28). Additionally, the District Judge referred this matter to the undersigned for further proceedings on Plaintiffs' claims, including the issuance of an order directing Plaintiffs to file an amended complaint that includes sufficient jurisdictional allegations and a more definite statement of Plaintiffs' common law claim of breach of the warranty of good faith and fair dealing.

Accordingly, it is **ORDERED**:

    1.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiffs shall file an amended complaint in compliance with the order of the District Judge, including sufficient jurisdictional allegations and a more definite statement of their common law claim of breach of the warranty of good faith and fair dealing.

    2.    Plaintiffs failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 21st day of September 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**