UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.

                                                  CASE NO: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation and SEAN MANLEY,
Individually and As agent for Hartford

    Defendant.

_____/

**DEFENDANT, THE HARTFORD INSURANCE COMPANY'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT**

    The Defendant, THE HARTFORD INSURANCE COMPANY ("The Hartford"), pursuant to Fed. R. Civ. P. 6 (b) and N. D. Fla. Loc. R. 7.1, hereby moves for a seven (7) day extension of time within which to respond to the Second Amended Complaint of the Plaintiffs and states as follows:

    1.    Pursuant to Order of this Court, the Plaintiffs served a Second Amended Complaint via mail on October 14, 2006. THE HARTFORD INSURANCE COMPANY's response to this Second Amended Complaint is due to filed with this Court on or before Monday, October 30, 2006.

    2.    Due to undersigned counsel's recent schedule, which included out of town travel and testimony as an expert witness, he has been unable to complete his preparation of the response to this amended pleading.

3. Undersigned counsel would respectfully request seven (7) days, up to and including November 6, 2006, within which to file a responsive pleading to Plaintiffs' Second Amended Complaint.

## COMPLIANCE WITH LOCAL RULE 7.1(B)

The undersigned counsel has made several unsuccessful attempts to contact Pro Se Plaintiff, THOMAS STALLWORTH, who lives in Texas and, therefore, is not able to advise the Court of Plaintiffs' position on Defendant's request for an extension of time.

WHEREFORE, undersigned counsel respectfully requests a brief seven (7) day extension of time within which to respond to Plaintiffs' Second Amended Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P.O. Box 941148, Houston, TX 77094.

HINSHAW & CULBERTSON LLP

s/Joseph T. Kissane
Joseph T. Kissane
Florida Bar No.: 512966
50 North Laura Street
Suite 4100
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
jkissane@hinshawlaw.com
Attorneys for Defendants

22186564v1 865080