# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    VS                                                                           Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     October 31, 2006

Type of Motion/Pleading:    MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Filed by:   Defendant   on  10/30/06  Document   32

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                         on         Doc.#

                                         on         Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this   1st   day of  November , 2006, that:

(a)     The requested relief is **GRANTED**. Defendant shall file a response to the second amended complaint on or before **NOVEMBER 6, 2006.**

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**