IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

vs.                                      Case No:  3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation,
    Defendant.
_____/

## O R D E R

This cause is before the court on Defendant's Motion to Dismiss Count II of Second Amended Complaint and Alternatively Motion to Strike (Doc. 34).  Plaintiffs shall now be required to respond to Defendant's motion.

Accordingly, it is **ORDERED**:

1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiffs shall file a response to Defendant's Motion to Dismiss Count II of Second Amended Complaint and Alternatively Motion to Strike (Doc. 34).

2.    Failure to comply with this order may result in a recommendation that Defendant's motion be granted.  *See* N.D. Fla. L. R. 7.1(C)(1).

**DONE AND ORDERED** this 7th day of November 2006.

                                                               */s/ Elizabeth M. Timothy*
                                                              **ELIZABETH M. TIMOTHY**
                                                              **UNITED STATES MAGISTRATE JUDGE**