UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.                                        CASE NO: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation,

    Defendant.
_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

    The Defendant, THE HARTFORD INSURANCE COMPANY ("The Hartford"), hereby makes its Corporate Disclosure Statement pursuant to Rule 7.1, Federal Rules of Civil Procedure, and this Court's Order dated November 9, 2006, and discloses the following:

    See Exhibit "A" attached hereto.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P.O. Box 941148, Houston, TX 77094.

2

        HINSHAW & CULBERTSON LLP

        **s/Joseph T. Kissane**
        Joseph T. Kissane
        Florida Bar No.: 512966
        50 North Laura Street
        Suite 4100
        Jacksonville, FL 32202
        Telephone: 904-359-9620
        Facsimile: 904-359-9640
        jkissane@hinshawlaw.com
        Attorneys for Defendants

22188454v1 865080