FLN (Rev. 4/2004) Deficiency Order                                                                                                     Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

vs                                                            Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY

## ORDER

Plaintiffs' Response to Defendant's Motion to Dismiss and Defendant's Alternative Motion to Strike, received by clerk of court on November 27, 2006, was referred to the undersigned with the following deficiency:

> The motion states that it is being filed on behalf of both Plaintiffs, Thomas Stallworth and Willie Mae Stallworth. Plaintiffs are reminded that a person who is not an attorney may not represent the interests of other persons in a legal action. Thus, an individual Plaintiff may not represent the other Plaintiff in this matter; if both Plaintiffs wish to file a pleading or motion, the document must bear the original signature of both Plaintiffs, or else it will be rejected by the clerk. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

For this reason, it is **ORDERED**:

> The submitted hard copy of the document shall be returned to Plaintiffs by the clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

**DONE AND ORDERED** this 29th day of November 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**