FLN (Rev. 4/2004) Deficiency Order                                                                                                    Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA  DIVISION

THOMAS STALLWORTH, ET AL

    vs                                                             Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY

_____

## ORDER

Plaintiffs' Motion for Leave to Join Hartford Insurance Company of the Midwest as Party Defendant, received by clerk of court on November 27, 2006, was referred to the undersigned with the following deficiencies:

> The motion states that it is being filed on behalf of both Plaintiffs, Thomas Stallworth and Willie Mae Stallworth.  Plaintiffs are reminded that a person who is not an attorney may not represent the interests of other persons in a legal action. Thus, an individual Plaintiff may not represent the other Plaintiff in this matter; if both Plaintiffs wish to file a pleading or motion, the document must bear the original signature of both Plaintiffs, or else it will be rejected by the clerk.  *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> Plaintiffs failed to certify that they conferred with counsel for Defendant prior to filing the motion.  Rule 7.1(B) of the Local Rules requires that parties who are proceeding pro se must confer with counsel for the opposing party and file with the court, at the time of filing a motion, a statement certifying that the pro se parties have conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised, or that the pro se parties have attempted to so confer but, for good cause stated, was unsuccessful.

For these reasons, it is **ORDERED**:

FLN (Rev. 4/2004) Deficiency Order                                                                                            Page 2 of 2

The submitted hard copy of the document shall be returned to Plaintiffs by the clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

**DONE AND ORDERED** this 29th day of November 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:06cv89/MCR/EMT