UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF FLORIDA
PENSCOLA DIVISION

THOMAS STALLWORTH And
WILLIE MAE STALLWORTH,

    Plaintiffs,     CASE NO. 3:06CV89MCR/EMT

VS.          CIVIL ACTION FOR DAMAGES

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation; And
HARTFORD INSURANCE COMPANY
OF THE MIDWEST, an Indiana corporation;

    Defendants.

_____\



**PLAINTIFFS' MOTION FOR LEAVE TO JOIN HARTFORD INSURANCE COMPANY OF THE MIDWEST AS PARTY DEFENDANT**

NOW COME Plaintiffs Thomas Stallworth and Willie Mae Stallworth who, pursuant to Federal Rules of Civil Procedure Rule 20(a), request leave of the court for purposes of adding an original defendant; and in support of said motion would show the court as follows:

FACTS

1. Hartford Insurance Company of the Midwest is an affiliated subsidiary corporation of defendant THE HARTFORD INSURANCE COMPANY. Hartford Insurance Company of the Midwest is an Indiana corporation doing business in the state of Florida. Hartford Insurance Company of the Midwest may be served with process by delivery to its

registered agent Corporation Service Company, 251 East Ohio Street, Suite 500, Indianapolis, Indiana 46204.

2. An agent representing Hartford Insurance Company of the Midwest sold, for good and valuable consideration, a policy of automobile accident and liability insurance to Thomas and Willie Mae Stallworth on or about October 14, 1998. A copy of the summary page of the Hartford insurance policy is attached to this motion as Exhibit "A". Prior to the filing of this motion for leave to amend, plaintiffs did not have in their possession either the policy summary page or the specific name and address of the company which wrote the insurance coverage.

3. The coverage provisions of the referenced policy of insurance were in full force and effect on May 4, 1999 when plaintiffs were involved in an automobile accident which occurred in Pensacola, Escambia County, Florida. Thereafter, plaintiffs wrote to their Hartford agent advising of the accident and by written correspondence invoked the coverage provisions of the policy of insurance.

4. Hartford Insurance Company of the Midwest is therefore a necessary and indispensable party whose presence in this lawsuit is essential to a full and complete adjudication of the claims in this action. The joinder of Hartford Insurance Company of the Midwest is neither burdensome to defendant THE HARTFORD INSURANCE COMPANY nor done for purposes of delay.

Prayer

Plaintiffs pray that the court grant the motion for leave to join Hartford Insurance Company of the Midwest; and that the court grant any and all such other and further relief to which at law or in equity plaintiffs may show themselves justly entitled.

Respectfully submitted,

By _____
Thomas Stallworth

_____
Willie Mae Stallworth
Plaintiffs Pro Se
P.O. Box 941148
Houston, Texas 77094
(832) 379-8840

Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing motion for leave to join party defendant was mailed to Joseph Kissane, counsel for defendant, 50 North Laura Street, Suite 4100, Jacksonville, Florida 32202, by depositing same, postpaid, with the United States Postal Service at Houston, Texas on this ___8___ th day of December, 2006.

_____
Thomas Stallworth

_____
Willie Mae Stallworth