UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF FLORIDA
PENSCOLA DIVISION

**THOMAS STALLWORTH And
WILLIE MAE STALLWORTH,**

          **Plaintiffs,**         **CASE NO. 3:06CV89MCR/EMT**

VS.          **CIVIL ACTION FOR DAMAGES**

**THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation; And
HARTFORD INSURANCE COMPANY
OF THE MIDWEST, an Indiana corporation;**

          **Defendants.**

**CERTIFICATE OF CONFERENCE**

   **NOW COMES PLAINTIFF** Thomas Stallworth who certifies to the court that on Monday, December 4, 2006, he communicated by telephone with Joseph Kissane, counsel for defendant Hartford Insurance Company regarding, *inter alia*, Plaintiffs' Motion for Leave to Join Hartford Insurance Company of the Midwest as party defendant in the above-styled cause. Counsel for defendant stated that he was not opposed to the filing of the motion.

   Therefore, Plaintiff asserts to the court that all conditions precedent and prescribed by Rule 7 of the Federal Rules of Civil Procedure have been accomplished.

By _____

Thomas Stallworth