UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.

                                                                CASE NO: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation and SEAN MANLEY,
Individually and As agent for Hartford

    Defendant.

_____/

## JOINT SCHEDULING REPORT

The Parties, THOMAS STALLWORTH AND WILLIE MAE STALLWORTH ("The Stallworths") and THE HARTFORD INSURANCE COMPANY ("The Hartford"), file their Joint Scheduling Report pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Initial Scheduling Order:

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 11, 2006, via telephone, and was attended by:

   Thomas Stallworth for the Plaintiffs, pro se
   Stephanie Broder, Esq. for the Defendant, The Hartford

2. The parties will exchange by January 2, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

3. The parties have conferred regarding their willingness to consent to magistrate judge jurisdiction.

4. <u>Nature and Basis of Claims and Defenses</u>:

The Stallworths allege in their Second Amended Complaint that The Hartford breached its contract of insurance with The Stallworths by failing to pay policy limits due under the policy and failing to intervene on the Stallworths' behalf following the automobile accident of May 4, 1999. The Stallworths further allege that The Hartford breached its duty of good faith and fair dealing, and seek punitive damages. The Stallworths deny each of the affirmative defenses raised by The Hartford, and specifically make no waiver and reserve all rights with regard to any statute of limitations and contractual notice issues, and any related future claims against The Hartford and The Hartford Insurance Company.

The Hartford denies all claims alleged by the Stallworths, and raises the following defenses: (1) The Stallworths' claims are barred by the applicable statute of limitations; (2) The Hartford did not issue the subject insurance policy; (3) the doctrine of comparative negligence; (4) The Stallworths' claims fail to cross the thresholds of the Florida Automobile Reparations Reform Act; (5) The Hartford is entitled to a set-off for all amount paid to The Stallworths, including payments by the bodily injury carrier; and (6) that The Hartford is entitled to limit any judgment awarded to Plaintiffs to the amount of the policy limits. The Hartford has filed a Motion to Dismiss the claim for breach of duty of good faith and fair dealing, which is currently pending before this Court.

   a.   Factual issues in dispute:

       i.   Whether the Stallworths are entitled to UM/UIM benefits under the Hartford policy.

2

    b.    Legal issues in dispute:

        i.    Whether the Stallworths' claims are barred by the applicable statute of limitations.

        ii.    Whether the Stallworths' claims are barred under Florida Statute 627.737.

        iii.    Whether the Hartford is entitled to a set-off for all other amounts paid and/or payable to the Stallworths for injuries and/or expenses incurred in the underlying accident.

5.    **Possibility of Prompt Settlement:**

Settlement may be possible after some discovery. The parties are agreeable to mediation after discovery is completed.

6.    **Timetables and cutoff dates:**

All amendments to pleadings and joinder of additional parties shall be completed within 60 days from the date hereof. The Parties request that the Initial Scheduling Order should be modified in terms of trial date and discovery cutoffs as set forth below.

7.    All discovery shall be completed by May 1, 2007.

8.    **Time for Trial:**

The Parties estimate that this cause will be ready for trial in August of 2007.

9.    **Discovery involving electronic of computer-based media:**

Not anticipated at this time.

HINSHAW & CULBERTSON LLP

Dated the 27th day of December, 2006

s/Joseph T. Kissane
Joseph T. Kissane
Florida Bar No.: 512966
50 North Laura Street
Suite 4100
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
jkissane@hinshawlaw.com
Attorneys for Defendants

Dated the 21 day of December, 2006

Thomas Stallworth, Pro se Plaintiff
PO BOX 941148
Houston, Texas 77094
Telephone: 832-379-8840

Dated the 21 day of December, 2006

Willie Mae Stallworth, Pro se Plaintiff
PO BOX 941148
Houston, Texas 7094
Telephone: 832-379-8840

4

22190957v1 865080