FLN (Rev. 4/2004) Deficiency Order                                                                                     Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH
and WILLIE MAE STALLWORTH,

                                      Case No. 3:06cv89/MCR/EMT

    vs

THE HARTFORD INSURANCE
COMPANY

## ORDER

The Joint Scheduling Report, received in paper form from Plaintiffs by the clerk of court on December 29, 2006, was referred to the undersigned with the following deficiency:

> Plaintiffs' original signatures must be affixed to any document filed in paper form. *See* N. D. Fla. Loc. R. 5.1(B)(5).

Additionally, it is noted that the same document was properly electronically filed by Defendant on December 27, 2006 (Doc. 44).

For these reasons, it is **ORDERED**:

> The submitted hard copy of the document shall be returned to Plaintiffs by the clerk of court without electronic filing.

**DONE AND ORDERED** this 3rd day of January 2007.

                                            */s/ Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**