IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

v.                                      Case No: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation,
    Defendant.
_____/

## ORDER

        This cause is before the court on Plaintiffs' Motion for Leave to Join Hartford Insurance Company of the Midwest as Party Defendant pursuant to Rule 20(a) of the Federal Rules of Civil Procedure (Doc. 42).  Defendant filed a response stating that it had no objection to joining Hartford Insurance Company of the Midwest as it was the entity which actually issued the insurance policy at issue in this case; however, Defendant's counsel would not consent to the joinder unless Plaintiffs agreed to drop The Hartford Insurance Company as a Defendant (*see* Doc. 45).

        Rule 20(a) of the Federal Rules of Civil Procedure provides that persons may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief arising out of the same transaction or occurrence and if any common question of law or fact will arise in the action.  Fed. R. Civ. P. 20(a).  In the instant case, Plaintiffs assert a right to relief arising out of a claim filed by Plaintiffs against an insurance policy issued by The Hartford Insurance Company of the Midwest, which was denied by The Hartford Insurance Company  (*see* Doc. 30).  Furthermore, based upon the allegations in the Second Amended Complaint, it appears that common questions of law and fact will arise in this action in determining Plaintiffs' right to relief against The Hartford Insurance Company of the Midwest and The Hartford Insurance

Company. Therefore, Plaintiffs' motion will be granted, and Plaintiffs shall be required to effect service of the Second Amended Complaint (Doc. 30) upon The Hartford Insurance Company of the Midwest.

Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion for Leave to Join Hartford Insurance Company of the Midwest as Party Defendant (Doc. 42) is **GRANTED**.

2. The clerk shall change the docket to reflect that there are now two (2) Defendants in this matter: The Hartford Insurance Company, and Hartford Insurance Company of the Midwest.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiffs shall effect service of process on Hartford Insurance Company of the Midwest.

**DONE AND ORDERED** this 5th day of January 2007.

*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**