IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

v.                                Case No: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation, et al.,
    Defendants.
_____/

## FINAL SCHEDULING ORDER

      This matter is before the court on the parties' Joint Case Management Report (Doc. 44). Upon consideration,

      It is **ORDERED**:

      1.    The Joint Case Management Report (Doc. 44) will control the matters set forth therein, except that a trial date shall be set by separate future order of the court. Per the parties' joint report, the discovery deadline is **May 1, 2007**.

      2.    With respect to matters not addressed in the parties' joint report, the Initial Scheduling Order (Doc. 37) remains in effect.

      **DONE AND ORDERED** this 5th day of January 2007.

                                      */s/ Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**