FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA  DIVISION

THOMAS STALLWORTH, ET AL

    vs                                                               Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

### ORDER

Plaintiffs' Joint Scheduling Report, received by the clerk of court on January 11, 2007, was referred to the undersigned with the following deficiency:

> The parties' Joint Scheduling Report has already been properly electronically filed by Defendant on December 27, 2006 (Doc. 44).

Additionally, the court notes that Plaintiffs have attached to the instant filing two documents that were not included in the Joint Scheduling Report filed by Defendant, and there is no indication that Defendant consented to inclusion of the additional material in the Joint Scheduling Report.  If the parties wish to amend the Joint Scheduling Report, they may do so by filing an amended report bearing the signatures of all parties.

For these reasons, it is **ORDERED**:

> The submitted hard copy of the document and attachments shall be returned to Plaintiffs by the clerk of court without electronic filing.

**DONE AND ORDERED** this 17th day of January 2007.

                                                                 /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**