IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH, et al.,
    Plaintiffs,

vs.                                      Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, et al.,
    Defendants.
_____/

## ORDER

       This cause is before the court upon Defendant The Hartford Insurance Company's Response to Plaintiffs' Objections and Motion to Compel (Doc. 53). Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

       Accordingly, it is **ORDERED**:

       Plaintiffs' shall respond to Defendant's motion within **FIFTEEN (15) DAYS** from the date of docketing of this order.

       **DONE AND ORDERED** this 31st day of January 2007.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**