UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.                          CASE NO.: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL
## ON BEHALF OF THE HARTFORD INSURANCE COMPANY
## AND THE HARTFORD INSURANCE COMPANY OF THE MIDWEST

Cole, Scott & Kissane and undersigned counsel, Joseph T. Kissane, by and pursuant to Local Rule 11.1(C), hereby files this its Notice of Appearance as Co-Counsel of record on behalf of the Defendants, THE HARTFORD INSURANCE COMPANY and HARTFORD INSURANCE COMPANY OF THE MIDWEST.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P. O. Box 941148, Houston, TX, 77094.

**COLE, SCOTT & KISSANE, P.A.**

<u>/s/ Joseph T. Kissane</u>
JOSEPH T. KISSANE
Florida Bar No. 512966
1805 Copeland Street
Jacksonville, FL 32204
Telephone: 904-399-2900
Facsimile: 904-399-2110
joseph.kissane@csklegal.com
Attorney for Defendants