IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,
v.

Case No.: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation, et al.,
    Defendants.
_____/

### ORDER

    This cause is before the court upon referral from the clerk. On January 5, 2007, this court issued an order (Doc. 48) granting Plaintiffs' motion for leave to join Hartford Insurance Company of the Midwest as Party Defendant. In the order, the court directed Plaintiffs to effect service of process on Hartford Insurance Company of the Midwest within thirty (30) days from the docketing of the order. That time has elapsed, and there is no indication on the docket that service has been effected.

    Accordingly, it is **ORDERED**:

    1.    Within **TWENTY (20) DAYS** from the date of docketing of this order Plaintiffs shall file proof that service has been effected on Hartford Insurance Company of the Midwest. If Plaintiffs have not effected service on Hartford Insurance Company of the Midwest, they shall show cause for their failure to comply with the order.

    2.    Failure to comply with the requirements of this order may result in the dismissal of this cause for failure to comply with an order of the court.

**DONE AND ORDERED** this 7<u>th</u> day of February 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**