# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    VS                                                Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     February 9, 2007

Type of Motion/Pleading:   UNOPPOSED MOTION TO ENLARGE DEADLINES IN INITIAL SCHEDULING ORDER

Filed by:   Defendant, The Hartford Insurance Company   on 2/7/07   Document   57

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

                                            on                 Doc.#
                                            on                 Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 9th day of February, 2007, that:

The requested relief is **GRANTED**; although the court notes that the parties' proposed discovery deadline of May 1, 2007, has already been approved by the court in the Final Scheduling Order (Doc. 49). Plaintiffs shall disclose their expert witnesses by March 1, 2007, and Defendants shall disclose their expert witnesses by April 2, 2007.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**