UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSCOLA DIVISION

THOMAS STALLWORTH And
WILLIE MAE STALLWORTH

        Plaintiffs.        CASE NO. 3:06CV89MCR/EMT

VS.        CIVIL ACTION FOR DAMAGES

HARTFORD INSURANCE COMPANY
Of the MIDWEST, a Delaware Corporation;
And SEAN MANLEY, Individually and
As agent for Hartford Insurance Company

        Defendants.

_____\

### RESPONSE TO COURT EFFECTING SERVICE ON
### HARTFORD INSURANCE COMPANY OF THE MIDWEST

**Comes now** Thomas and Willie Mae Stallworth response to order (Doc. 48) granting

Plaintiffs motion for leave to join Hartford Insurance Company of the Midwest which service

was completed on January 25, 2007.

Please find enclosed copies to that effect for your inspection.

Respectfully submitted
Plaintiffs

By _____
Thomas E. Stallworth  Prose

By _____
Willie Mae Stallworth
P.O. Box 941148
Houston, Texas 77094
832 379-8840



CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 FEB 13   PM 1: 50

FILED

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided

By US mail to Joseph T. Kissane and Stephanie Broder, 50 North Laura Street, Suite 1800,

Jacksonville, Florida 32202 this _12_ day of February 2007.

Respectfully submitted
Plaintiffs

By _____
Thomas E. Stallworth Prose

By _____
Willie Mae Stallworth
P.O. Box 941148
Houston, Texas 77094
832 379-8840

# INVOICE

**Thornton Process Service**
3214 Samantha Drive
Cantonment, FL 32533-7414
Phone: (850) 478-3333
Fax: (850) 478-3444
Tax I.D. 256021890

Inv. # 2007000299
1/29/2007

Thomas E. Stallworth
THOMAS E. STALLWORTH
P O Box 941148
Houston, TX 77094

**Case Number: NORTHERN 3:06 CV 89**

Plaintiff/Petitioner:
**THOMAS STALLWORTH and WILLIE MAE STALLWORTH**

Defendant/Respondent:
**THE HARTFORD INSURANCE COMPANY et al**

Received: 1/19/2007   Completed: 1/25/2007
To be served on: HARTFORD INSURANCE COMPANY OF THE MIDWES

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee/INDIANA SERVICE | 1.00 | 70.00 | 70.00 |
| Filing fee/PICKUP AT FEDERAL | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $95.00 |
| 01/22/2007   Check #2831393   PREPAYMENT | | | 50.00 |
| **BALANCE DUE:** | | | **$45.00** |

Add LATE FEE of $25 after 60 days. Please make checks payable to Tammie Thornton.
WE CAN SERVE YOUR PAPERS IN ALL 50 STATES!!!

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 3:06 CV 89

Plaintiff/Petitioner:
**THOMAS STALLWORTH and WILLIE MAE STALLWORTH**
vs.
Defendant/Respondent:
**THE HARTFORD INSURANCE COMPANY et al**

For: Thomas E. Stallworth
    THOMAS E. STALLWORTH

Received by Thornton Process Service on the 19th day of January, 2007 at 4:00 pm to be served on **HARTFORD INSURANCE COMPANY OF THE MIDWEST C/O CORPORATION SERVICE COMPANY, 251 EAST OHIO STREET, SUITE 500, INDIANAPOLIS, IN 46204**. I, _Donald Lee_, being duly sworn, depose and say that on the _25_ day of _January_, 20_07_ at _10:35_A.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and SECOND AMENDED COMPLAINT** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

( ) INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as co-resident, age 15 or older, at the usual place of abode.

( ) SUBSTITUTE SERVICE - to _____ as _____ at their usual place of business.

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOV'T/PUBLIC AGENCY - to _____ as _____ of the within named agency.

CORPORATE SERVICE:
(X) OFFICER/REG AGENT- to _Lorraine Curry_ as _Receptionist_.
( ) EMPLOYEE/OTHER - to _____ as _____ pursuant to F.S. 48.081((3)(a)&(b) due to failure to comply with F.S.48.091.

( ) NON SERVICE: As described in the Comments below. ( ) OTHER SERVICE: As described in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _25_ day of _Jan 2007_ by the affiant who is personally known to me.

NOTARY PUBLIC  4-23-10

PROCESS SERVER # _Deputy Constable #0816_
Appointed in accordance with State Statutes

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
(850) 478-3333

Our Job Serial Number: 2007000299

07 FEB 13 PM 1: 50

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of FLORIDA

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH

**SUMMONS IN A CIVIL ACTION**

V.

THE HARTFORD INSURANCE COMPANY, A
Delaware Corporation; And THE HARTFORD IN

CASE NUMBER: 3:06CV89MCR/EMT

SERVED 1/25/07 @ 10:25 am/pm
D.L. I.D.# 0816
Process Server initials
Thornton Process Service
(850) 478-3333

TO: (Name and address of Defendant)

HARTFORD INSURANCE COMPANY OF THE MIDWEST
C/O CORPORATION SERVICE COMPANY
251 EAST OHIO STREET
SUITE 500
INDIANAPOLIS, INDIANA 46204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS STALLWORTH
P.O. BOX 941148
HOUSTON, TEXAS 77094

an answer to the complaint which is served on you with this summons, within __TWENTY ( 20 )__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM M. McCOOL, Clerk

CLERK

_____ C. Uhl
(By) DEPUTY CLERK

January 19, 2007
DATE

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE January 25, 2007 | |
| NAME OF SERVER (PRINT) Donald Lee | TITLE Deputy Constable | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 251 E. Ohio St. #500, Indianapolis, Indiana 46204 c/o Corporation Service Company

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Lorraine Curry

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-25-07
Date

Signature of Server: Donald Lee

Address of Server: 9130 Sand Key Lane
Indianapolis, IN 46256

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.