FLN (Rev. 4/2004) Deficiency Order               Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    vs                                    Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

## ORDER

PLAINTIFFS' RESPONSES TO COURT'S ORDER, received by the clerk of court on February 9, 2007, was referred to the undersigned with the following deficiency:

> The document is not double spaced as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.

For this reason, it is **ORDERED**:

> The clerk of court shall file the document, but no further documents will be accepted unless they comply with the Local Rules of the Northern District of Florida.

**DONE AND ORDERED** this 14th day of February 2007.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**