IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH, et. a.l
    Plaintiffs,

vs.                                    Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, et. al,
    Defendants

## PLAINTIFFS' RESPONSES TO COURT'S ORDER

COMES NOW, the Plaintiffs' responses to Defendant's Motion to Compel (Document 53) and before the court rules on this matter.

Plaintiffs will show the court as follows:

(1)    Plaintiffs have not received a copy of the defendant's Motion to Compel, and therefore cannot address completely their complaint;

(2)    Plaintiffs would respectfully show the court that on January 5, 2007 Plaintiffs submitted by facsimile correspondence and by first class mail copies of:
a. interrogatories, b. request for admission, and c. copies of request for production.. Please see attached document marked as Exhibit "A".

(3)    Plaintiffs would respectfully show the court that on December 27, 2006, Defendant submitted a letter asking that Mr. Thomas Stallworth and Mrs. Willie Mae Stallworth choose a date for their deposition. This was agreed to being February, 15, 2007. However, Plaintiffs later received a notice changing the date to April 15, 2007 which Plaintiffs agreed again to that date. Please see attached documents marked as Exhibit "B".

(4)    Plaintiffs would respectfully show the court that they received a document from the court dated May 13, 2004 regarding filing of discovery of which Plaintiffs complied in its entirety.

OFFICE OF CLERK
U.S. DISTRICT
NORTHERN DIST. FLA.

07 FEB 14  AM 10: 56

FILED

OFFICE OF CLERK
U.S. [illegible]
N[illegible]

07 FEB -9  AM 9: 53

[signature]

Additionally, Plaintiffs was communicating with defendants quite well on all matters until the attorneys decided they wouldn't answer Plaintiffs' numerous calls. Please see attached document marked as Exhibit "C".

(5) Plaintiffs would respectfully show the court that on January 1, 2006 medical authorizations were signed by both Plaintiffs, so that the defendants, The Hartford Insurance Company as well as Hartford of the Midwest could obtain whatever medical documentation was needed by defendants from 1997 to present. Copies of said documents were faxed to Mr. Sean Manley and Nate F. Matthews. Plaintiffs would like to point out to the court that Mr. Manley indicated to Plaintiffs that their claims were not worth the policy limits. Please see attached document marked Exhibit "D".

(6) Plaintiffs would respectfully show the court that they have answered all questions requested of them. However, defendants are requesting documents that are impossible for Plaintiffs to produce. Plaintiffs have outlined the cause numbers without any objections on the matter. Defendant is welcomed to request such documentation if they so wish to obtain same.

(7) Plaintiffs would respectfully show the court that on January 3, 2006 a letter to Mr. Nathaniel F. Matthews and to Mr. Sean Manley indicating that the defendants The Hartford Insurance Company and The Hartford Midwest received various medical documents from Plaintiffs.

Furthermore, let it be known that defendants closed Plaintiffs cases and filed documentation in storage which shows bad faith and breach of contract and unfair dealings on the part of the Defendants as they had no intention of paying anything on the claim. Please see attached document marked Exhibit "E"

.

WHEREFORE, you Plaintiffs pray;

That an order be issued scheduling this matter for hearing on the court's first available docket.

Respectfully Submitted,

PLAINTIFF

By: *[signature]*
THOMAS E. STALLWORTH

By: *[signature]*
WILLIE MAE STALLWORTH
P.O. Box 941148
Houston, Texas 77094
832-379-8840
PRO-SE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided by us mail the firm of; Joseph T. Kissan and Mrs. Stephanie Broder to 50 North Laura Street, Suite 1800, Jacksonville, Florida 32202, this __7__ day of February, 2006.

Sincerely yours,

By: *[signature]*
THOMAS E. STALLWORTH

By: *[signature]*
WILLIE MAE STALLWORTH
P.O. Box 941148
Houston, Texas 77094
832-379-8840
PRO-SE