

# HINSHAW
& CULBERTSON LLP

December 14, 2006

**ATTORNEYS AT LAW**
50 North Laura Street
Suite 4100
Jacksonville, FL 32202-3621

904-359-9620
904-359-9640 (fax)
www.hinshawlaw.com

Mr. Thomas Stallworth
P. O. Box 941148
Houston, TX 77094

Re:   Thomas and Willie Mae Stallworth v. The Hartford Ins. Co.
      and Sean Manley

Dear Mr. Stallworth:

We would like to schedule you and your wife for deposition in relation to the above-referenced matter. The case is pending in Pensacola, Florida, and therefore, the depositions will need to be scheduled in that venue. At this time, we are available February 15, 16, 19, 20, 22 and 23.

Please check your calendars and inform us in writing which day would be best for you and your wife to conduct your depositions. If you are unavailable during the above referenced dates, please provide dates that you can be made available, and we will do our best to coordinate same.

Thank you for your attention to this matter.

Very truly yours,

HINSHAW & CULBERTSON LLP

Stephanie Broder
sbroder@hinshawlaw.com

SAB/das

Exibit "B"

22190447v1 865080

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin



# HINSHAW
& CULBERTSON LLP

December 27, 2006

**ATTORNEYS AT LAW**
50 North Laura Street
Suite 4100
Jacksonville, FL 32202-3621

*Via Facsimile and U.S. Mail*
Mr. Thomas Stallworth
P. O. Box 941148
Houston, TX 77094

904-359-9620
904-359-9640 (fax)
www.hinshawlaw.com

Re:   Thomas and Willie Mae Stallworth v. The Hartford Ins. Co.
        and Sean Manley

Dear Mr. Stallworth:

I am once again contacting you to schedule you and your wife for deposition. This case is pending in Pensacola, Florida, and therefore, the depositions will need to be scheduled in that venue. At this time, we are available February 15, 19, 20, 22 and 23.

Please check your calendars and inform us in writing by Friday, December 29, 2006, which day would be best for you and your wife to conduct your depositions. If we do not hear from you by that time, we will choose one of the above-referenced dates. Thank you for your attention to this matter.

Very truly yours,

HINSHAW & CULBERTSON LLP

Stephanie Broder
sbroder@hinshawlaw.com

SAB/das

Exibit "B"

22191264v1 865080

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin



**HINSHAW**
& CULBERTSON LLP

**ATTORNEYS AT LAW**

50 North Laura Street
Suite 4100
Jacksonville, FL 32202-3621

904-359-9620
904-359-9640 (fax)
www.hinshawlaw.com

January 17, 2007

*Via Facsimile and U.S. Mail*
Mr. and Mrs. Thomas Stallworth
P. O. Box 941148
Houston, TX 77094

    Re:    Thomas and Willie Mae Stallworth v. The Hartford Ins. Co.
            and Sean Manley

Dear Mr. and Mrs. Stallworth:

    Due to an upcoming trial, February 15, 2007 is no longer available on our calendar for taking depositions in this case. I apologize for having to reschedule them. We do, however, have the following dates within which to move your depositions: April 2, 3, 4, 5, 9, 10, 11, 12, or 13.

    Please check your calendars and inform us in writing which day we can move your depositions. It will be at the same location and time. After we hear back from you, we will prepare and forward to you amended notices on same.

    Thank you for your kind attention to this matter.

                                 Very truly yours,

                                 HINSHAW & CULBERTSON LLP

                                 Stephanie Broder
                                 sbroder@hinshawlaw.com

SAB/das

Exibit "B"

22192736v1 865080

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin