P.O. BOX 941148  
HOUSTON, TEXAS 77094-8148  
PHONE: (832) 379-8840  
FAX: (832) 379-8840

**THOMAS STALLWORTH**

# FAX

TO: _NATE MATTHEWS_ FROM: THOMAS  
FAX: _877 536 6700_ PAGES: _2_  
PHONE: _800 637 5410_ DATE: _4-10-06_  
Re: _____ cc: _____

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

_____ _Time 10:59 AM_ _____

- Comments:

Exibit "D"



# THE HARTFORD

December 20, 2005

Thomas & Willie Mae Stallworth
PO Box 941148
Houston, TX 77094

Re: Insured:        Thomas & Willie Mae Stallworth:
    Date of Loss:   05/04/1999
    Claim Number:   PA0004809634
    CCPS Number:

Dear Mr. & Mrs. Stallworth:

We are providing you notice that the Underinsured Motorist Bodily Injury subrogation will be waived for both of you and you have permission to accept the Bodily Injury Liability limits of USAA.

You can provide this letter to USAA so that you can settle your claim with the carrier.

Has the lawsuit that you filed against Daniel Oaks and Sue Oaks been dismissed by the court since your petition for damages against the Defendants has been settled?

This is **notice** to you of our prompt request for the status of the lawsuit considering you have settled with the Defendants.

Please reply to us upon receipt of this letter in writing.

Sincerely,

Nathaniel F. Mathews
Claims Supervisor
1-800-637-5410 extension 65894

Sean Manley
Inside Claim Rep
(800) 637-5410 x61023

Writing Company Name: Hartford Insurance of the Midwest

Exibit 'D'

Handling ID:
Blank Memo To Insured
S2M

The Hartford Insurance Company
Southeast Personal Lines       1
Claim Service Center
P.O.Box 30773
Tampa, FL 33630-3773
Telephone 813 286 8243
Toll Free 800 637 5410

*FROM 1997 - PRESENT*

December 05, 2005

Thomas Stallworth
Po Box 87129
Houston, TX 77287

Writing Company: Hartford Insurance of the Midwest
This authorization relates to Claim Number: BA0004809634

THE HARTFORD

## The Hartford-Property Casualty Insurance
## Authorization for Release of Personal Health Information

Name of Treating Doctor/Hospital         Address of Treating Doctor/Hospital

_____          _____

_____          _____

_____          _____

I hereby request and authorize you to disclose to The Hartford, and its affiliates and subsidiaries and/or authorized representatives, any and all personal health information you currently have or may in the future acquire related to my insurance claim (identified below) administered by The Hartford. Personal health information (or "PHI") means any information or data except age or gender, whether oral or recorded in any form or medium, created by or derived from a health care provider or the consumer that relates to: (1) the past, present or future physical, mental or behavioral health or condition of an individual; (2) the provision of health care to an individual; or (3) payment for the provision of health care to an individual.

I understand that The Hartford will utilize the personal health information obtained by use of this authorization for the purposes of administration of the claim identified below (including evaluation, adjustment and other claims management activities) and/or for other authorized insurance functions. I understand that The Hartford may disclose this information to other parties in connection with performing claim administration and/or insurance functions, including persons or organizations performing business, audit, expert evaluation or legal services on The Hartford's behalf, other insurance companies having potential liability for my claim, government agencies, third-party administrators, damages experts, and structured settlement brokers, or as may be otherwise lawfully required, or as I may further authorize.

I understand that I may revoke this authorization at any time except to the extent that personal health information has already been obtained or released, by providing The Hartford with written notice of my intention to revoke. I understand that by revoking this authorization I am not affecting any right or obligation that you or The Hartford may otherwise have to use and disclose my personal health information for treatment, payment, or healthcare operations or as otherwise permitted or required by law.

I understand that information is being released pursuant to this authorization at my request. I understand that The Hartford rather than the health care provider is responsible for the PHI that comes into The Hartford's possession, and The Hartford will only use and may only re-disclose this PHI to the extent permitted by law.

This authorization is valid for the duration of this insurance claim, for a maximum period of twenty-four (24) months. I understand that I have the right to receive a copy of this authorization upon request. A copy or facsimile of this authorization shall be considered as effective and valid as the original. This authorization is not a release of any claim I may have.

Print Claimant Name: *THOMAS STALLWORTH*         SS#: *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*

Date of Birth: *10-29-42*         Date: *1-1-06*

Signature Of Claimant (or by Claimant's personal representative if source of authority is specified):

*[signature]*

Note: This Authorization is made in administering a property/casualty insurance claim and conforms to all applicable state and federal privacy laws. The HIPAA Privacy Rule does not regulate property and casualty insurers' collection, use or disclosure of personal health information. However, this Authorization contains all of the elements required for a valid HIPAA authorization as set forth in 45 CFR 164.508.

The Hartford Insurance Company
Southeast Personal Lines
Claim Service Center
P.O. Box 30773
Tampa, FL 33630-3773
Telephone 813 286 8243
Toll Free 800 637 5410

Handler Initials: S2M         *Exhibit "D"*

Handling ID: Return to ...

*FROM 1997 - PRESENT*

December 05, 2005

Thomas Stallworth
Po Box 87129
Houston, TX 77287

Writing Company:     Hartford Insurance of the Midwest
This authorization relates to Claim Number   BA0004809634

**THE HARTFORD**

### The Hartford-Property Casualty Insurance
### Authorization for Release of Personal Health Information

| Name of Treating Doctor/Hospital | Address of Treating Doctor/Hospital |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I hereby request and authorize you to disclose to The Hartford, and its affiliates and subsidiaries and/or authorized representatives, any and all personal health information you currently have or may in the future acquire related to my insurance claim (identified below) administered by The Hartford. Personal health information (or "PHI") means any information or data except age or gender, whether oral or recorded in any form or medium, created by or derived from a health care provider or the consumer that relates to: (1) the past, present or future physical, mental or behavioral health or condition of an individual; (2) the provision of health care to an individual; or (3) payment for the provision of health care to an individual.

I understand that The Hartford will utilize the personal health information obtained by use of this authorization for the purposes of administration of the claim identified below (including evaluation, adjustment and other claims management activities) and/or for other authorized insurance functions. I understand that The Hartford may disclose this information to other parties in connection with performing claim administration and/or insurance functions, including persons or organizations performing business, audit, expert evaluation or legal services on The Hartford's behalf, other insurance companies having potential liability for my claim, government agencies, third-party administrators, damages experts, and structured settlement brokers, or as may be otherwise lawfully required, or as I may further authorize.

I understand that I may revoke this authorization at any time except to the extent that personal health information has already been obtained or released, by providing The Hartford with written notice of my intention to revoke. I understand that by revoking this authorization I am not affecting any right or obligation that you or The Hartford may otherwise have to use and disclose my personal health information for treatment, payment, or healthcare operations or as otherwise permitted or required by law.

I understand that information is being released pursuant to this authorization at my request. I understand that The Hartford rather than the health care provider is responsible for the PHI that comes into The Hartford's possession, and The Hartford will only use and may only re-disclose this PHI to the extent permitted by law.

This authorization is valid for the duration of this insurance claim, for a maximum period of twenty-four (24) months. I understand that I have the right to receive a copy of this authorization upon request. A copy or facsimile of this authorization shall be considered as effective and valid as the original. This authorization is not a release of any claim I may have.

Print Claimant Name: **THOMAS STALLWORTH**        SS#: **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**

Date of Birth: **10-29-42**                      Date: **1-1-06**

Signature Of Claimant (or by Claimant's personal representative if source of authority is specified):

_[signature]_

Note: This Authorization is made in administering a property/casualty insurance claim and conforms to all applicable state and federal privacy laws. The HIPAA Privacy Rule does not regulate property and casualty insurers' collection, use or disclosure of personal health information. However, this Authorization contains all of the elements required for a valid HIPAA authorization as set forth in 45 CFR 164.508.

The Hartford Insurance Company
Southeast Personal Lines
Claim Service Center
P.O. Box 30773
Tampa, FL 33630-3773
Telephone 813 286 8243
Toll Free 800 637 5410

Handler Initials: S2M              *Exibit D*

Handling ID: Return to Requester