*Thomas E. Stallworth*

January 3, 2006

THE HARTFORD
Claim Service Center
P.O. Box 30773
Tampa, Florida 33630

>  RE: Thomas & Willie Mae Stallworth
>  D.O.A.: 05/04/1999
>  Claim #PA0004809634

Mr. Nathaniel F. Matthews / Sean Manley:

In response to your letter dated December 12, 2005, there has been enough medical data provided for your company over the pass years to help you establish why we requested the policy limits. Dawn Gari was handling the claim at that time and if you will check the correspondence from her dated 5/27/99 and 3/23/2000 you will see that I explained to her on numerous occasions that I felt surgery would be necessary. Also I spoke to Regina Brooks in reference to her letter dated 5/12/2000, notifying her of the same facts. There was another letter dated 9/13/1999 from Rochelle L. Mock stating that my personal injury protection had been exhausted which showed I was seriously injured as well as the fact that my wife sustained injuries also. Further, there was another letter dated 10/25/2000 again from Dawn Gari stating our policy limits. Additionally, I have records of numerous telephone conversations with various representatives over the years, as well as when notifying Hartford of the law suit, the Mediation date and after.

Exibit "E"

*Therefore you will find attached documents showing how serious the medical problems were then and now. Surgery is the issue, therefore we are again requesting our policy limits.*

*After reviewing the information, please notify us by letter of your decision as that will determine whether we will pursue a claim of Bad Faith and Fair Dealing.*

*Sincerely,*

*Thomas Stallworth*

Exibit "E"