FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    vs                                                                     Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

## ORDER

DEFENDANT THE HARTFORD INSURANCE COMPANY'S MOTION FOR PHYSICAL EXAMINATION OF PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(a) (Doc. 61), filed on February 12, 2007, was referred to the undersigned with the following deficiency:

> Counsel for the moving party, or a party who proceeds pro se, must confer with counsel for the opposing party [or with a party who proceeds pro se] and shall file with the court, at the time of filing a motion, a statement certifying that counsel or the pro se party has conferred with counsel for the opposing party [or with a party who proceeds pro se] in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful. Rule 7.1(B) of the Local Rules of the Northern District of Florida.

For this reason, it is **ORDERED**:

> The document shall remain in the electronic file, but the court will not consider it until the above-noted deficiency has been corrected through the filing of an amended document.

**DONE AND ORDERED** this 14th day of February 2007.

                                                       /s/ *Elizabeth M. Timothy*
                                                       **ELIZABETH M. TIMOTHY**
                                                       **UNITED STATES MAGISTRATE JUDGE**