UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

    Plaintiffs,

vs.                                        CASE NO.: 3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware corporation,

    Defendant.

_____/

## MOTION FOR PHYSICAL EXAMINATION OF PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 35(a)

Defendant, THE HARTFORD INSURANCE COMPANY, by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 35(a) for an Order permitting the physical examination of the Plaintiffs, THOMAS STALLWORTH and WILLIE MAE STALLWORTH, and in support thereof states as follows:

1.     The Stallworths have filed an action for physical injuries arising out of a motor vehicle accident against their uninsured motorist carrier. In her recently answered Interrogatories, WILLIE MAE STALLWORTH complains of a cervical strain and pain in the middle of her back. Plaintiff, THOMAS STALLWORTH complains of, inter alia, cervical strain, neck pain and lower and upper back pain.

2.     The physical condition of the Stallworths is going to be a central element of this case. In order to properly prepare this case for trial, this Defendant is in need of a physical examination of the Plaintiffs by an orthopedist.

3.     Although this matter is currently pending in Pensacola, the Plaintiffs actually reside in Houston, Texas. This Defendant has arranged for these physical examinations to take place in Houston, Texas. The information on these arranged examinations is as follows:

**Monday, March 12, 2007 at 9:30 a.m.**
**Dr. Bruce Weiner**
**12930 East Freeway**
**Houston, TX  77015**
**(713) 453-6909**

The doctor's office has arranged to do these examination one after the other.

4.     **Certification Pursuant to Local Rule 7.1(B)** – The office of the undersigned has attempted on multiple occasions to contact the Pro Se Plaintiffs with respect to their position on this Motion. On three occasions contact was made with Mr. Stallworth. Initially, he advised that he would have to consider his position and that we would have to call him back. On two subsequent occasions, phone calls were placed to Mr. Stallworth, each time he indicated he would call back with his position on this Motion. However, Mr. Stallworth has failed to return these multiple phone calls. As a result, after good faith effort, undersigned counsel is still uncertain as to the Plaintiffs' position on this Motion.

WHEREFORE, this Defendant would respectfully request this Court to issue an order pursuant to Federal Rules of Civil Procedure 35(a) ordering that the Plaintiffs undergo a physical examination.

## MEMORANDUM OF LAW

Plaintiffs in this cause, THOMAS and WILLIE MAE STALLWORTH, have put their physical conditions at issue in this cause. In fact, this is a personal injury action arising from an automobile accident. The physical injuries sustained by the Plaintiffs, if any, are the primary focus of this litigation. In order for this Defendant to properly assess the nature and extent of

any claimed injuries, it will be necessary for them to have the Plaintiffs examined by a licensed physician. See Fed. R. Civ. Pro. 35(a). Further, a review of the Plaintiffs' complaint in this action will reveal that they have claimed that they "received serious painful and disabling bodily injuries as a result of an automobile accident which occurred in Escambia County, Florida." (See original Complaint, paragraph 7) When Plaintiffs assert physical injuries arising from a motor vehicle accident, they have placed their physical condition in controversy. Such allegations provide the Defendant with good cause to request a physical examination to determine the nature and extent of such injuries. See *Cook v. Pizza Hut of America, Inc.*, 2006 W.L. 1529775 (M.D. Fla. 2006) ("Here, by asserting physical injuries resulting from an accident in which he was struck by a motor vehicle driven by Defendant's employee, Plaintiff has placed his physical condition in controversy and provided Defendant with good cause for an examination to determine the existence and extent of his asserted injuries.")

WHEREFORE, it is respectfully requested that this Court issue an order requiring the Plaintiffs to submit to a physical examination on the date and time set forth above.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Thomas Stallworth and Willie Mae Stallworth, P. O. Box 941148, Houston, TX, 77094.

**COLE, SCOTT & KISSANE, P.A.**

**/s/ Joseph T. Kissane**
JOSEPH T. KISSANE
Florida Bar No. 512966
1805 Copeland Street
Jacksonville, FL  32204
Telephone:  904-399-2900
Facsimile:  904-399-2110
joseph.kissane@csklegal.com
Attorney for Defendants