UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSCOLA DIVISION

THOMAS STALLWORTH And
WILLIE MAE STALLWORTH

        Plaintiffs.                   CASE NO. 3:06CV89MCR/EMT

VS.

HARTFORD INSURANCE COMPANY
Of the MIDWEST, a Delaware Corporation;
And SEAN MANLEY, Individually and
As agent for Hartford Insurance Company

        Defendants.

_____\

## PLAINTIFF'S EXPERT WITNESSES

    **COME NOW THOMAS AND WILLIE MAE STALLWORTH** informing the court of the medical Expert Witnesses to be used or referred to based on their medical testimony or their medical opinion are as follows:

1. Dr. Steven Thompson, Orthopedic Surgeon.
2. Dr. Walter Sassard, Orthopedic Surgeon.
3. Dr. Patrick Barnett.

Respectfully Submitted

Thomas E. Stallworth Prose

Willie Mae Stallworth
P.O. Box 941148
Houston, Texas 77094
832 379-8840

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

2007 MAR -5  PM 2: 10

FILED

**I CERTIFY** that a copy was sent by U.S. mail to the law firm of COLE, SCOTT AND KISSANE to the address of 1805 Copeland Street, Jacksonville, Florida 32204 on this the date of March 1, 2007.

Respectfully Submitted

*[signature]*
Thomas E. Stallworth Prose

*[signature]*
Willie Mae Stallworth
P.O. Box 941148
Houston, Texas 77094
832 379-8840