**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,
    Plaintiffs,

v.                          Case No: 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE COMPANY,
a Delaware Corporation, et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 13, 2007. Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant Hartford Insurance Company's Motion to Dismiss Count II of Second Amended Complaint and Alternatively Motion to Strike (Doc. 34) is **GRANTED IN PART**. The motion is **GRANTED** only to the extent that paragraph 13 of the Second Amended Complaint (Doc. 30) is stricken, and the motion is **DENIED** in all other respects.

    **DONE AND ORDERED** this 14th day of March, 2007.

                                          *s/ M. Casey Rodgers*
                                         **M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE**