UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

     Plaintiffs,

vs.                    CASE NO.:  3:06CV89MCR/EMT

THE HARTFORD INSURANCE COMPANY,
et al.,

     Defendants.
_____/

**ANSWER OF DEFENDANT,**
**THE HARTFORD INSURANCE COMPANY,**
**TO COUNT II OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to this Court's Order dated March 14, 2007, Defendant, THE HARTFORD INSURANCE COMPANY, hereby files its answer to Count II of Plaintiffs' Second Amended Complaint and states as follows:

1.     Each and every allegation of fault, legal responsibility and/or damage alleged or asserted within the Second Amended Complaint is hereby denied in its entirety.

2.     Each and every paragraph or allegation contained within the Second Amended Complaint not specifically addressed in this answer is hereby denied in its entirety.

3.     This Defendant readopts and incorporates its responses to paragraphs 1 through 13 as set forth in its Answer to the Second Amended Complaint, which was filed with this Court on or about November 6, 2006.

4.     In further response, specifically as to Count II of Plaintiffs' Second Amended Complaint this Defendant would assert as follows:

5.    Specifically as to paragraph 17, this Defendant readopts its responses to the paragraphs reincorporated therein.

6.    This Defendant denies in its entirety paragraph 18 of the Plaintiffs' Second Amended Complaint.

7.    This Defendant denies in its entirety that portion of the Plaintiffs' Second Amended Complaint entitled "Damages".

8.    This Defendant denies in its entirety that portion of the Plaintiffs' Second Amended Complaint entitled "Prayer".

9.    This Defendant readopts and reincorporates the affirmative defenses which it asserted in its original Answer and Affirmative Defenses filed with this Court on or about November 6, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2007, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Thomas Stallworth and Willie Mae Stallworth, P. O. Box 941148, Houston, TX, 77094.

**COLE, SCOTT & KISSANE, P.A.**

**/s/ Joseph T. Kissane**
JOSEPH T. KISSANE
Florida Bar No. 512966
1805 Copeland Street
Jacksonville, FL  32204
Telephone:  904-399-2900
Facsimile:  904-399-2110
joseph.kissane@csklegal.com
Attorney for Defendants