IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH, et al.,
    Plaintiffs,

vs.                            Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, et al.,
    Defendants.
_____/

## ORDER

This cause is before the court upon Defendants' Motion for Leave to File Motion For Partial Summary Judgment (Doc. 80).  Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiffs shall respond to Defendants' motion within **TEN (10) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 20th day of June 2007.


                                            /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**