# The Hartford
# Personal Auto
# Insurance Policy

## Florida

THE
HARTFORD

8309



**EXHIBIT**

B

# PERSONAL AUTO POLICY COVER SHEET - FLORIDA

Your personal auto insurance policy is a legal contract between you and your insurance company.

**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract only the actual policy provisions will control. The policy itself sets forth in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

The following is an index of the major provisions of your policy. Page numbers refer to the location of these provisions in the policy. Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).

| INDEX OF MAJOR PROVISION OF THE POLICY | Beginning On Page |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| | 2 |

**PART A - LIABILITY COVERAGE**

Insuring Agreement
Supplementary Payments
Exclusions
Limit of Liability
Out of State Coverage
Financial Responsibility
Other Insurance

**PART B - MEDICAL PAYMENTS/PERSONAL INJURY PROTECTION (NO-FAULT)** ............ 5

**SECTION I - MEDICAL PAYMENTS COVERAGE**

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

**SECTION II - PERSONAL INJURY PROTECTION COVERAGE**

Schedule
Definitions
Insuring Agreement
Exclusions
Limit of Liability
Other Insurance
Coordination of Military Benefits

**SECTION III - EXTENDED PERSONAL INJURY PROTECTION COVERAGE**

Schedule
Definitions
Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

**SECTION IV - ADDED PERSONAL INJURY PROTECTION COVERAGE**

Insuring Agreement
Exclusions
Limit of Liability
Other Insurance

Form 8309 (Florida)

PART C - UNINSURED MOTORISTS COVERAGE . . . . . . . . . . . . . 20

SECTION I - UNINSURED MOTORISTS COVERAGE - STACKED

Insuring Agreement                    Arbitration
Exclusions                            Florida Arbitration Code
Limit of Liability                    Additional Duty
Other Insurance                       Part F - General Provisions

SECTION II - UNINSURED MOTORISTS COVERAGE - NON-STACKED

Insuring Agreement                    Arbitration
Exclusions                            Florida Arbitration Code
Limit of Liability                    Additional Duty
Other Insurance

PART D - COVERAGE FOR DAMAGE TO YOUR AUTO . . . . . . . . . 28

Insuring Agreement                    Loss Payable Clause
Transportation Expenses               Towing and Labor Costs
Exclusions                            No Benefit to Bailee
Limit of Liability                    Other Sources of Recovery
Payment of Loss                       Appraisal

PART E - DUTIES AFTER AN ACCIDENT OR LOSS . . . . . . . . . 32

General Duties                        Additional Duties for Coverage
Additional Duties for Uninsured          For Damage To Your Auto
    Motorists Coverage

PART F - GENERAL PROVISIONS . . . . . . . . . . . . . . . . 33

Bankruptcy                            Policy Period and Territory
Changes                               Premium
Fraud                                 Termination
Legal Action Against Us               Mediation
Our Right To Recover Payment          Transfer of Your Interest in This
                                         Policy
                                      Two or More Auto Policies

This is not inclusive. There may be other endorsements attached to your policy.
READ YOUR POLICY AND ALL ENDORSEMENTS TO YOUR POLICY CAREFULLY.

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

A. Throughout this policy, **you** and **your** refer to:
   1. The named insured shown in the Declarations; and
   2. The spouse if a resident of the same household.
B. **We**, **us** and **our** refer to the Company providing this insurance.
C. For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:
   1. Under a written agreement to that person; and
   2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in bold face when used.

D. "**Bodily injury**" means bodily harm, sickness or disease, including death that results.
E. "**Business**" includes trade, profession or occupation.
F. "**Family member**" means a person related to **you** by blood, marriage or adoption who is resident of **your** household. This includes a ward or foster child.
G. "**Occupying**" means in, upon, getting in, on, out or off.
H. "**Property damage**" means physical injury to, destruction of or loss of use of tangible property.
I. "**Trailer**" means a vehicle designed to be pulled by a:
   1. Private passenger auto; or
   2. Pickup or van.
   It also means a farm wagon or farm implement while towed by a vehicle listed in **1.** or **2.** above.
J. "**Your covered auto**" means:
   1. Any vehicle shown in the Declarations.
   2. Any of the following types of vehicles on the date you become the owner:
      a. A private passenger auto; or
      b. A pickup or van that:
         (1) Has a Gross Vehicle Weight of less than 10,000 lbs.; and
         (2) Is not used for the delivery or transportation of goods and materials unless such use is:
            (a) Incidental to **your** "**business**" of installing, maintaining or repairing furnishings or equipment; or
            (b) For farming or ranching.
   This provision (**J.2.**) applies only if:
      a. **You** acquire the vehicle during the policy period;
      b. **You** ask **us** to insure it within 30 days after **you** become the owner; and
      c. With respect to a pickup or van, no other insurance policy provides coverage for that vehicle.
   If the vehicle **you** acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. **You** must ask **us** to

Form 8309                    Page 1 of 37

insure a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto. If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.
3. Any trailer you own.
4. Any auto or trailer you do not own while used as a temporary substitute for any of the vehicles described in this definition which is out of normal use because of its:

    a. Breakdown;    d. Loss; or
    b. Repair;       e. Destruction.
    c. Servicing;

    This provision (J.4.) does not apply to Coverage for Damage to Your Auto.

## PART A - LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for **bodily injury** or **property damage** for which any **insured** become legally responsible because of an auto accident. Damages include prejudgment interest awarded against the **insured**. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

B. "Insured" as used in this Part means:
1. **You** or any **family member** for the ownership, maintenance or use of any auto or **trailer**.
2. Any person using **your covered auto**.
3. For **your covered auto**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.
4. For any auto or **trailer**, other than **your covered auto**, any other person or organization but only with respect to legal responsibility for acts or omissions of **you** or any **family member** for whom coverage is afforded under this Part. This provision **(B.4.)** applies only if the person or organization does not own or hire the auto or **trailer**.

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an insured:
1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.
4. Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

EXCLUSIONS

A. We do not provide Liability Coverage for any **insured**:

1. Who intentionally causes **bodily injury** or **property damage**.
2. For **property damage** to property owned or being transported by that **insured**.
3. For **property damage** to property:
   a. Rented to;
   b. Used by; or
   c. In the care of;
   that **insured**.
   This exclusion (**A.3.**) does not apply to **property damage** to a residence or private garage.
4. For **bodily injury** to an employee of that **insured** during the course of employment. This exclusion (**A.4.**) does not apply to **bodily injury** to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
5. For that **insured's** liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion (**A.5.**) does not apply to a share-the-expense car pool.
6. While employed or otherwise engaged in the **business** of:

   a. Selling;   d. Storing; or
   b. Repairing;   e. Parking;
   c. Servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion (**A.6.**) does not apply to the ownership, maintenance or use of **your covered auto** by:
   a. You;
   b. Any **family member**; or
   c. Any partner, agent or employee of you or any **family member**.
7. Maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in exclusion **A.6.**
   This exclusion (**A.7.**) does not apply to the maintenance or use of a:
   a. Private passenger auto;
   b. Pickup or van that:
      (1) You own; or
      (2) You do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:
         (a) Breakdown;   (d) Loss; or
         (b) Repair;   (e) Destruction; or
         (c) Servicing;
   c. **Trailer** used with a vehicle described in a. or b. above.
8. Using a vehicle without a reasonable belief that that **insured** is entitled to do so.
9. For **bodily injury** or **property damage** for which that **insured**:
   a. Is an insured under a nuclear energy liability policy; or
   b. Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.
   A nuclear energy liability policy is a policy issued by any of the following

          or their successors:

          **a.** American Nuclear Insurers;

          **b.** Mutual Atomic Energy Liability Underwriters; or

          **c.** Nuclear Insurance Association of Canada.

    **10.** We do not provide Liability Coverage for any **insured** for **bodily injury** to you or any **family member.**

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

    **1.** Any vehicle which:

        **a.** Has fewer than four wheels; or

        **b.** Is designed mainly for use off public roads.

    This exclusion **(B.1)** does not apply:

        **a.** While such vehicle is being used by an **insured** in a medical emergency; or

        **b.** To any **trailer.**

    **2.** Any vehicle, other than **your covered auto,** which is:

        **a.** Owned by you; or

        **b.** Furnished or available for your regular use.

    **3.** Any vehicle, other than **your covered auto,** which is:

        **a.** Owned by any **family member;** or

        **b.** Furnished or available for the regular use of any **family member.**

    However, this exclusion **(B.3.)** does not apply to you while you are maintaining or **occupying** any vehicle which is:

        **a.** Owned by a **family member;** or

        **b.** Furnished or available for the regular use of a **family member.**

    **4.** Any vehicle, located inside a facility designed for racing, for the purpose of:

        **a.** Competing in; or

        **b.** Practicing or preparing for; any prearranged or organized racing or speed contest.

---

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of **bodily injury** sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one auto accident. This is the most we will pay regardless of the number of:

    **1. Insureds;**

    **2.** Claims made;

    **3.** Vehicles or premiums shown in the Declarations; or

    **4.** Vehicles involved in the auto accident.

**B.** We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damage liability. However, this provision **(B.)** will

not change our total limit of liability.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and

    1. Part B or Part C of this policy; or

    2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

A. If the state or province has:

    1. A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

    2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance. However, we will provide primary insurance for a vehicle you do not own if the vehicle is leased by you under a written lease agreement and you have agreed to provide coverage for your operation of the vehicle.

## PART B - MEDICAL PAYMENTS COVERAGE/PERSONAL INJURY PROTECTION COVERAGE (NO-FAULT)

### SECTION I MEDICAL PAYMENTS COVERAGE

**This Section Applies Only If Medical Payments Coverage Is Indicated On The Declarations Page**

### INSURING AGREEMENT

A. We will pay reasonable expenses incurred for necessary medical and funeral services because of **bodily injury**:

    1. Caused by accident; and

    2. Sustained by an **insured**.

    We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

B. "**Insured**" as used in this Part means:

    1. You or any **family member**:

        a. While **occupying**; or

b. As a pedestrian when struck by;
a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while **occupying your covered auto.**

## EXCLUSIONS

We do not provide Medical Payments Coverage for any **insured** for **bodily injury:**

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.
2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion **(2.)** does not apply to a share-the-expense car pool.
3. Sustained while **occupying** any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the **bodily injury.**
5. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto)** which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto)** which is:
   a. Owned by any **family member;** or
   b. Furnished or available for the regular use of any **family member.**
   However, this exclusion **(6.)** does not apply to you.
7. Sustained while **occupying** a vehicle without a reasonable belief that that **insured** is entitled to do so.
8. Sustained, while **occupying** a vehicle when it is being used in the **business of an insured.** This exclusion **(8.)** does not apply to **bodily injury** sustained while **occupying** a:
   a. Private passenger auto;
   b. Pickup or van that you own; or
   c. **Trailer** used with a vehicle described in **a.** or **b.** above.
9. Caused by or as a consequence of:
   a. Discharge of a nuclear Weapon (even if accidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
   a. Nuclear reaction;
   b. Radiation; or
   c. Radioactive contamination.
11. Sustained while **occupying** any vehicle located inside a facility designed for racing. for the purpose of:
   a. Competing in; or
   b. Practicing or preparing for; any prearranged or organized racing or speed contest.

LIMIT OF LIABILITY.

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

1. Insureds;
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the accident.

B. No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part A or Part C of this policy; or
2. Any Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## SECTION II - PERSONAL INJURY PROTECTION COVERAGE

### This Section Applies Only If Personal Injury Protection Coverage Is Indicated On The Declarations Page

With respect to coverage provided by this Part B Section II, the provisions of the policy apply unless modified by Part B Section II.

### SCHEDULE

| Benefits | Limit Of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $ 5,000 |
| Maximum Limit For The Total Of All Personal Injury Protection Benefits | $10,000 |

**Personal Injury Protection Coverage Deductible**
As indicated in the Declarations, personal injury protection benefits are subject to a deductible applicable to:
The named insured.
The named insured and any dependent family member.

**Exclusion Of Work Loss**
Work loss does not apply as indicated in the Declarations:
Work loss will not be provided for the named insured.
Work loss will not be provided for the named insured and any dependent family member.

**Coordination Of Military Benefits**
If indicated in the Declarations, the Coordination of Military Benefits option applies to the named insured and any dependent family member.

Form 8309                     Page 7 of 37

## I.  DEFINITIONS

The Definitions section is amended as follows:

A.  For the purposes of this Part B - Section II, a motor vehicle shall be deemed to be owned by a person if that person:

1.  Holds the legal title to such vehicle.
2.  Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.
3.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:
    a.  Has an option to purchase; and
    b.  Is for a period of at least 6 months.
4.  Is a lessee having the right to possession, if such vehicle is the subject of a lease which:
    a.  Does not have an option to purchase;
    b.  Is for a period of at least 6 months; and
    c.  Requires the lessee to secure insurance.

B.  The following definitions are replaced:

1.  "Family member" means a person related to the named insured by blood, marriage or adoption who is usually a resident of the named insured's household. This includes a ward or foster child.
2.  "Occupying" means:
    a.  In or upon;
    b.  Entering into; or
    c.  Alighting from.
3.  "Your covered auto" means a motor vehicle owned by the named insured and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:
    a.  A premium is charged; or
    b.  It is a trailer, other than a mobile home, designed for use with a motor vehicle.

C.  The following definitions are added:

1.  "Motor vehicle" means:
    a.  Any self-propelled vehicle with 4 or more wheels which is:
        (1)  Designed; and
        (2)  Required to be licensed;
        for use on Florida highways.
    b.  Any trailer or semi-trailer designed for use with such vehicle.
    However, motor vehicle does not include:
    a.  Any motor vehicle which is:
        (1)  Used in mass transit or public school transportation;
        (2)  Designed to transport more than 5 passengers (excluding the operator); and
        (3)  Owned by a:
            (a)  Municipality;
            (b)  Transit or public school transportation authority; or
            (c)  Political subdivision of the state.
    b.  A mobile home.
2.  "Named insured" means:
    a.  The person named in the Declarations; or

b. That person's spouse, if a resident of the same household.
3. "Pedestrian" means a person who is not occupying a self-propelled vehicle.
D. "Insured" as used in this Part B - Section II means:
1. The named insured or any family member while:
a. Occupying a motor vehicle; or
b. A pedestrian struck by a motor vehicle.
2. Any other person while:
a. Occupying your covered auto; or
b. A pedestrian struck by your covered auto.

---

## II. PERSONAL INJURY PROTECTION COVERAGE
### INSURING AGREEMENT
A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, personal injury protection benefits to or for an insured who sustains bodily injury. The bodily injury must be caused by an accident arising out of the ownership, maintenance or use of a **motor vehicle.**
B. Subject to the limits shown in the Schedule or Declarations, personal injury protection benefits consist of the following:
1. Medical expenses. 80% of reasonable expenses for:
a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative service; and
b. Prosthetic devices.
This includes necessary remedial treatment and services recognized and permitted under state law for an insured who relies upon spiritual means through prayer alone for healing in accordance with that insured's religious beliefs.
2. Work loss. With respect to the period of disability of an insured, 60% of any loss of income and earning capacity from that insured's inability to work due to bodily injury.
However, work loss does not include any loss after an insured's death.
3. Replacement services. With respect to the period of disability of an insured, all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the insured would have performed, without income, for the benefit of his household had he not sustained bodily injury.
4. Accidental death. A death benefit.

---

## EXCLUSIONS
A. We do not provide Personal Injury Protection Coverage for any insured:
1. While operating **your** covered auto without the named insured's express or implied consent.
2. If that insured's conduct contributed to his bodily injury under any of the following circumstances:
a. Intentionally causing bodily injury to himself; or
b. While committing a felony.
3. Other than the named insured, if that insured owns a motor vehicle for which security is required under the Florida Motor Vehicle No-Fault

Law.
4. Other than the named insured or any family member, who is entitled to personal injury protection benefits from a person who owns a motor vehicle which is not a your covered auto under this policy, or from that vehicle owner's policy.
5. Who sustains bodily injury while occupying a motor vehicle located for use as a residence or premises.

B. We do not provide Personal Injury Protection Coverage for:
1. The named insured or any family member while occupying a motor vehicle which is:
    a. Owned by the named insured; and
    b. Not a your covered auto under this policy.
2. Any pedestrian, other than the named insured or any family member who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Personal Injury Protection Coverage are the most we will pay to or for each insured injured in any one accident, regardless of the number of:
1. Insureds;
2. Policies or bonds applicable;
3. Vehicles involved; or
4. Claims made.
The maximum limit of liability for the total of all personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for personal injury protection benefits available, to or for each insured injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any of the following:
1. Workers' compensation laws; or
2. Medicaid.

C. The amount of any deductible shown in the Schedule or Declarations shall be deducted from the lesser of:
1. The total amount otherwise payable under this coverage for:
    a. Medical expenses;
    b. Work loss; and
    c. Replacement services;
    to or for each insured to whom the deductible applies; or
2. The limits of liability shown in the Schedule or Declarations.
The total amount otherwise payable means the benefits for medical expenses, work loss and replacement services after the application of any percentage limitation. Accidental death is not subject to a deductible.

## OTHER INSURANCE

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an insured receives personal injury protection benefits from another insurer, that insurer shall

paid and expenses of processing the claim.
B. If an insured sustains **bodily injury** while:
   1. **Occupying;** or
   2. Struck by a **motor vehicle** rented or leased under a rental or lease agreement;
the personal injury protection benefits afforded under the lessor's policy shall be primary. This provision (B.) does not apply if the rental or lease agreement states otherwise in bold type on the face of the agreement.

## COORDINATION OF MILITARY BENEFITS

If the Schedule or Declarations indicates that the Coordination of Military Benefits option applies to the **named insured** or any dependent **family member,** any amounts payable under this coverage shall be reduced by any benefits payable by the federal government to:
   1. Active or retired military personnel; or
   2. Their dependent **family members.**
If such military benefits are not available at the time of loss, we shall have the right to recompute and charge the appropriate premium.

## III. PART E - DUTIES AFTER AN ACCIDENT OR LOSS

Part E is replaced by the following:
DUTIES AFTER AN ACCIDENT OR LOSS
A person seeking Personal Injury Protection Coverage must:
A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.
B. Promptly forward to us a copy of the:
   1. Summons and complaint; or
   2. Other process;
served in connection with any legal action that person takes against a third party to recover damages for **bodily injury.**
C. Promptly give us written proof of claim, under oath if required. Such proof shall include:
   1. Full details of the nature and extent of the injuries and treatment received and contemplated; and
   2. Any other information which may assist us in determining the amount due and payable.
D. Submit as often as we reasonably require to mental or physical exams. We will:
   1. Pay for these exams; and
   2. Forward a copy of the medical report to that person if requested.
If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent personal injury protection benefits.

## IV. PART F - GENERAL PROVISIONS

Part F is amended as follows:
A. Paragraph A. of the Legal Action Against Us provision is replaced by the following:
LEGAL ACTION AGAINST US

Form 8309        Page 11 of 37

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the Policy Period And Territory provision is replaced by the following:

POLICY PERIOD AND TERRITORY

B. The policy territory is:
   1. Florida.
   2. The United States of America, its territories or possessions or Canada.
   This provision (B.2.) applies only to:
   a. The named insured or any family member while occupying your covered auto; or
   b. The named insured while occupying a motor vehicle:
      (1) Owned by any family member; and
      (2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law;

C. The Our Right To Recover Payment provision is replaced by the following:

OUR RIGHT TO RECOVER PAYMENT

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:
   1. Execute and deliver instruments and papers and do whatever else is necessary to secure our rights; and
   2. Do nothing after loss to prejudice these rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained **bodily injury** while:
   1. **Occupying;** or
   2. A pedestrian struck by;
   a commercial motor vehicle, as defined in the Florida Motor Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle or that person's insurer.

D. The following provisions are added:

ARBITRATION

If a provider of medical services or supplies has agreed to accept assignment of personal injury protection benefits:

1. Any claims dispute, involving medical expenses, between that provider and us shall be subject to binding arbitration in accordance with the Florida Arbitration Code.

2. The prevailing party shall be entitled to attorney's fees and costs.

PAYMENT OF CLAIMS

If a person seeking Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until, at the trial level:

1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;

2. The charge is dismissed; or

3. That person is acquitted.

## MODIFICATION OF POLICY COVERAGES

1. Any coverage provided under Part B or Part C of this policy shall be excess over any personal injury protection benefits paid or payable.

2. Regardless of whether the limits for personal injury protection benefits have been exhausted, any coverage provided under Part B shall pay the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part B for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:
   a. Rules;
   b. Rates;
   c. Rating plan;
   d. Premiums; or
   e. Minimum premiums;

   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:
   a. Part A;
   b. Part B; or
   c. Part C;

   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the named insured, in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Declarations, the named insured shall pay us:
   a. The excess amount; and
   b. The amount of any return premium previously credited or re-funded.

## SECTION III EXTENDED PERSONAL INJURY PROTECTION COVERAGE
### This Section Applies Only If Extended Personal Injury Protection Coverage Is Indicated On The Declarations Page

With respect to coverage provided by this Part B Section III, the provisions of the policy apply unless modified by this Part B Section III.

### SCHEDULE

| Benefits | Limit Of Liability |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Replacement Services | No specific dollar amount |
| Accidental Death | $ 5,000 |

Form 8309

Page 13 of 37

| | |
|---|---|
| Maximum Limit For The Total Of<br>All Extended Personal Injury<br>Protection Benefits | $10,000 |

**EXCLUSION OF WORK LOSS**

If indicated in the Declarations, work loss will not be provided for the named insured and any dependent family member.

---

**I.   DEFINITIONS**

The Definitions section is amended as follows:

A. For the purposes of this Part B Section III, a motor vehicle shall be deemed to be owned by a person if that person:

1. Holds the legal title to such vehicle.
2. Is a debtor having the right to possession, if such vehicle is the subject of a security agreement.
3. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:
   a. Has an option to purchase; and
   b. Is for a period of at least 6 months.
4. Is a lessee having the right to possession, if such vehicle is the subject of a lease which:
   a. Does not have an option to purchase;
   b. Is for a period of at least 6 months; and
   c. Requires the lessee to secure insurance.

B. The following definitions are replaced:

1. "Family member" means a person related to the named insured by blood, marriage or adoption who is usually a resident of the named insured's household. This includes a ward or foster child.
2. "Occupying" means:
   a. In or upon;
   b. Entering into; or
   c. Alighting from.
3. "Your covered auto" means a motor vehicle owned by the named insured and for which security is required to be maintained under the Florida Motor Vehicle No-Fault Law, and either:
   a. A premium is charged; or
   b. It is a trailer, other than a mobile home, designed for use with a motor vehicle.

C. The following definitions are added:

1. "Motor vehicle" means:
   a. Any self-propelled vehicle with 4 or more wheels which is:
      (1) Designed; and
      (2) Required to be licensed;
      for use on Florida highways.
   b. Any trailer or semi-trailer designed for use with such vehicle.
   However, motor vehicle does not include:
   a. Any motor vehicle which is:
      (1) Used in mass transit or public school transportation;
      (2) Designed to transport more than 5 passengers (excluding the operator); and

(a) Municipality;
(b) Transit or public school transportation authority; or
(c) Political subdivision of the state.
b. A mobile home.
2. "Named insured" means:
a. The person named in the Declarations; or
b. That person's spouse, if a resident of the same household.
3. "Pedestrian" means a person who is not occupying a self-propelled vehicle.

D. "Insured" as used in this Part B Section III means:
1. The named insured or any family member while:
a. Occupying; or
b. A pedestrian struck by;
a motor vehicle.
2. Any other person while:
a. Occupying; or
b. A pedestrian struck by;
your covered auto.

## II. EXTENDED PERSONAL INJURY PROTECTION COVERAGE INSURING AGREEMENT

A. We will pay, in accordance with the Florida Motor Vehicle No-Fault Law, extended personal injury protection benefits to or for an insured who sustains bodily injury. The bodily injury must be caused by an accident arising out of the ownership, maintenance or use of a motor vehicle.

B. Subject to the limits shown in the Schedule or Declarations, extended personal injury protection benefits consist of the following:
1. Medical expenses. Reasonable expenses for:
a. Necessary medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services; and
b. Prosthetic devices.
This includes necessary remedial treatment and services, recognized and permitted under state law, for an insured who relies on spiritual means through prayer alone for healing in accordance with that insured's religious beliefs.
We will pay:
a. All medical expenses incurred by the named insured or any family member; and
b. 80% of medical expenses incurred by any other insured; due to bodily injury.
2. Work loss. With respect to the period of disability of an insured, any loss of income and earning capacity from that insured's inability to work due to bodily injury. However, work loss does not include any loss after an insured's death.
We will pay:
a. 80% of work loss to or for the named insured or any family member; and
b. 60% of work loss to or for any other insured.

3. Replacement services. With respect to the period of disability of an insured, all expenses reasonably incurred in obtaining ordinary and necessary services from others instead of those that the insured would have performed, without income, for the benefit of his household had he not sustained **bodily injury.**

4. Accidental death. A death benefit.

## EXCLUSIONS

A. We do not provide Extended Personal Injury Protection Coverage for any **insured:**

   1. While operating **your covered auto** without the **named insured's** express or implied consent.

   2. If that **insured's** conduct contributed to his **bodily injury** under any of the following circumstances:

     a. Intentionally causing **bodily injury** to himself; or

     b. While committing a felony.

   3. Other than the **named insured,** if that **insured** owns a motor vehicle for which security is required under the Florida Motor Vehicle No-Fault Law.

   4. Other than the **named insured** or any **family member,** who is entitled to personal injury protection benefits from a person who owns a motor vehicle which is not a **your covered auto** under this policy, or from that vehicle owner's policy.

   5. Who sustains **bodily injury** while occupying a motor vehicle located for use as a residence or premises.

B. We do not provide Extended Personal Injury Protection Coverage for:

   1. The **named insured** or any **family member** while occupying a motor vehicle which is:

     a. Owned by the **named insured;** and

     b. Not a **your covered auto** under this policy.

   2. Any pedestrian, other than the **named insured** or any **family member,** who is not a legal resident of Florida.

## LIMIT OF LIABILITY

A. The limits of liability shown in the Schedule or Declarations for Extended Personal Injury Protection Coverage are the most we will pay to or for each **insured** injured in any one accident regardless of the number of:

   1. **Insureds;**

   2. Policies or bonds applicable;

   3. Vehicles involved; or

   4. Claims made.

The maximum limit of liability for the total of all extended personal injury protection benefits shown in the Schedule or Declarations is the total aggregate limit for extended personal injury protection benefits available, to or for each **insured** injured in any one accident, from all sources combined, including this policy.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any of the following:

   1. Workers' compensation laws; or

   2. Medicaid.

A. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other insurance. If an insured receives personal injury protection benefits from another insurer, that insurer shall be entitled to recover from us its equitable pro rata share of the benefits paid and expenses of processing the claim.

B. If an insured sustains bodily injury while:
   1. Occupying; or
   2. Struck by a motor vehicle rented or leased under a rental or lease agreement;

   the personal injury protection benefits afforded under the lessor's policy shall be primary. This provision (B.) does not apply if the rental or lease agreement states otherwise in bold type on the face of the agreement.

III. **PART E - DUTIES AFTER AN ACCIDENT OR LOSS**

Part E is replaced by the following:

**DUTIES AFTER AN ACCIDENT OR LOSS**

A person seeking Extended Personal Injury Protection Coverage must:

A. In the event of an accident, provide prompt written notice of loss to us or our authorized agent.

B. Promptly forward to us a copy of the:
   1. Summons and complaint; or
   2. Other process;

   served in connection with any legal action that person takes against a third party to recover damages for **bodily injury.**

C. Promptly give us written proof of claim, under oath if required. Such proof shall include:
   1. Full details of the nature and extent of the injuries and treatment received and contemplated; and
   2. Any other information which may assist us in determining the amount due and payable.

D. Submit as often as we reasonably require to mental or physical exams. We will:
   1. Pay for these exams; and
   2. Forward a copy of the medical report to that person if requested.

   If that person unreasonably refuses to submit to an exam, we will not be liable for subsequent extended personal injury protection benefits.

IV. **PART F - GENERAL PROVISIONS**

Part F is amended as follows:

A. Paragraph A. of the Legal Action Against Us provision is replaced by the following:

   **LEGAL ACTION AGAINST US**

   A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, no legal action may be brought against us until 30 days after the required notice of loss and reasonable proof of claim has been filed with us.

B. Paragraph B. of the Policy Period And Territory provision is replaced by the following:

Form 8309

Page 17 of 37

**POLICY PERIOD AND TERRITORY**

B. The policy territory is:
  1. Florida.
  2. The United States of America, its territories or possessions or Canada. This provision (B.2.) applies only to:
    a. The named insured or any family member while occupying your covered auto; or
    b. The named insured while occupying a motor vehicle:
      (1) Owned by any family member; and
      (2) For which security is maintained as required by the Florida Motor Vehicle No-Fault Law.

C. The Our Right To Recover Payment provision is replaced by the following:
**OUR RIGHT TO RECOVER PAYMENT**

A. If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:
  1. Execute and deliver instruments and papers and do whatever else is necessary to secure these rights.
  2. Do nothing after loss to prejudice such rights.

B. If we make a payment under this coverage and the person to or for whom payment was made sustained **bodily injury** while:
  1. **Occupying**; or
  2. A pedestrian struck by:
  a commercial motor vehicle, as defined in the Florida Vehicle No-Fault Law, we shall, to the extent of our payment, be entitled to reimbursement from the person who owns such motor vehicle, or that person's insurer.

D. The following provisions are added:
**ARBITRATION**

If a provider of medical services or supplies has agreed to accept assignment of extended personal injury protection benefits:
  1. Any claims dispute, involving medical expenses, between that provider and us shall be subject to binding arbitration in accordance with the Florida Arbitration Code.
  2. The prevailing party shall be entitled to attorney's fees and costs.

**PAYMENT OF CLAIMS**

If a person seeking Extended Personal Injury Protection Coverage is charged with committing a felony, we shall withhold benefits until at the trial level:
  1. The prosecution makes a formal entry on the record that it will not prosecute the case against that person;
  2. The charge is dismissed; or
  3. That person is acquitted.

**MODIFICATION OF POLICY COVERAGES**
  1. Any coverage provided under Part B Section I or Part C of this policy shall be excess over any extended personal injury protection benefits paid or payable.
  2. Regardless of whether the limits for extended personal injury

protection benefits have been exhausted, any coverage provided under Part B shall pay for the amount of any claim for medical expenses payable under this coverage which exceeds the 80% limitation for medical expenses.

3. No coverage is provided under Part B Section I or Part C for the amount of any applicable deductible under this coverage.

## PROVISIONAL PREMIUM

1. In the event of any change in the:
   a. Rules;
   b. Rates;
   c. Rating plan;
   d. Premiums; or
   e. Minimum premiums;
   applicable to this coverage, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No- Fault Law which provide for the exemption of persons from tort liability, the premium shown in the Declarations for any coverage under:
   a. Part A;
   b. Part B Section I; or
   c. Part C;
   of this policy shall be deemed to be provisional and subject to recomputation.

2. If this policy is a renewal policy, such recomputation shall include the amount of any return premium previously credited or refunded to the named insured, in accordance with the Florida Motor Vehicle No-Fault Law, with respect to insurance provided under a previous policy.

3. If the final recomputed premium exceeds the premium shown in the Schedule or Declarations, the named insured shall pay us the:
   a. Excess amount; and
   b. Amount of any return premium previously credited or re- funded.

## SECTION IV ADDED PERSONAL INJURY PROTECTION COVERAGE

### This Section Applies Only If Added Personal Injury Protection Coverage Is Indicated On The Declarations Page

With respect to coverage provided by this Part B Section IV, the provisions of the Extended Personal Injury Protection Coverage Part B Section III apply unless modified by this Part B Section IV.

### ADDED PERSONAL INJURY PROTECTION COVERAGE

### INSURING AGREEMENT

We will pay added personal injury protection benefits to or for the named insured or any family member who sustains bodily injury. The bodily injury must be sustained while:

1. Occupying a motor vehicle; or
2. A pedestrian struck by a motor vehicle.

### EXCLUSIONS

The following exclusion is added:

Page 19 of 27

We do not provide Added Personal Injury Protection Coverage for bodily injury sustained by any insured while:

1. Occupying; or
2. A pedestrian struck by:

a motor vehicle owned by that insured and which is not insured for this coverage under this policy.

**LIMIT OF LIABILITY**

A. The limit of liability shown in the Declarations for Added Personal Injury Protection Coverage is the most we will pay to or for the named insured or each family member injured in any one accident, regardless of the number of:

1. Insureds;
2. Policies or bonds applicable;
3. Vehicles involved; or
4. Claims made.

B. Any amounts payable under this coverage shall be reduced by any amounts paid or payable for the same elements of loss under any of the following:

1. Workers' compensation law; or
2. Medicaid.

**OTHER INSURANCE**

A. Any coverage provided by this Part B Section IV shall be excess over any applicable Extended Personal Injury Protection Coverage.

B. Any coverage provided under Part B Section I or Part C of this policy shall be excess over any coverage provided by this Part B Section IV.

II. **PART F - GENERAL PROVISIONS**

The Our Right To Recover Payment provision is replaced by the following:

**SUBROGATION**

If we make a payment under this coverage and the person to or for whom payment was made has a right to recover damages from another we shall, to the extent of our payment, be subrogated to that right. That person shall:

1. Execute and deliver instruments and papers and do whatever else is necessary to secure these rights; and
2. Do nothing after loss to prejudice such rights.

Our rights are subject to the provisions of the Florida Motor Vehicle No-Fault Law.

---

## PART C - UNINSURED MOTORISTS COVERAGE

## SECTION I UNINSURED MOTORISTS COVERAGE - STACKED

### This Section Applies Only If Stacked Uninsured Motorists Coverage Is Indicated On The Declarations Page

**INSURING AGREEMENT**

A. We will pay compensatory damages which an insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury:

1. Sustained by an insured; and
2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the