## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

THOMAS STALLWORTH And
WILLIE MAE STALLWORTH

CASE NO. 3:06-CV-89 MCR/EMT

                Plaintiffs,

VS.

THE HARTFORD INSURANCE COMPANY
And HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

                Defendants.

_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME
## TO CONDUCT MEDIATION

**COME NOW PLAINTIFFS** Who file this motion seeking an extension of time for the

completion of court-ordered mediation; and in support of said motion, would respectfully

show the court as follows:

A.

The court by order has directed that the parties herein attend and complete a session of

mandatory mediation on or before August 3, 2007. A mediator has been selected and

agreed to by the parties; and a tentative July 18, 2007 date has been set for the mediation.

The mediation session will require that defendants' representatives travel to Pensacola,

Florida from Jacksonville, Florida; and that plaintiffs travel to Pensacola from Houston,

Texas.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 JUL 10  AM 9: 18

FILED

Plaintiffs Thomas Stallworth and Willie Mae Stallworth are scheduled to attend a national religious convocation and assembly in Mobile, Alabama during the week of August 15 through August 20, 2007. Attendence at said event will require that plaintiffs drive from Houston, Texas to Mobile, Alabama on or about August 13, 2007. Plaintiffs represent to this court that such repeated travel occurring within the above-described time frame are both a physical and monetary burden. Plaintiffs propose and request that the court extend the time for completion of the mediation to and including Tuesday, August 21, 2007. Plaintiffs have previously discussed this change in the mediation schedule with counsel for defendants; and defense counsel has stated his availability on August 21, 2007. Counsel for defendants has indicated that he does not oppose this motion to extend time.

WHEREFORE Plaintiffs pray that this court enter an order extending the time for completion of mediation to include the 21st day of August 2007; along with any and all such other and further relief to which at law or in equity plaintiffs may show themselves justly entitled.

Respectfully submitted,

Thomas Stallworth

Willie Mae Stallworth

2

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Mediation was delivered to Joseph Kissane, 1805 Copeland Street, Jacksonville, Florida 32204, by depositing same, postpaid, with the United States Postal Service at Houston, Texas on this 9th day of July 2007.

Thomas Stallworth