UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH, ET AL

    VS                                                                          Case No. 3:06cv89/MCR/EMT

THE HARTFORD INSURANCE
COMPANY, ET AL

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on         July 11, 2007

Type of Motion/Pleading: **MOTION FOR EXTENSION OF TIME TO CONDUCT MEDIATION (up to and including August 21, 2007)**

Filed by:   Plaintiffs         on 7/10/07     Document   87

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

                                        on                 Doc.#

                                        on                 Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 11th day of July, 2007, that:

The requested relief is **DENIED**.

                                                                             /s/ *Elizabeth M. Timothy*
                                                                             **ELIZABETH M. TIMOTHY**
                                                                             **UNITED STATES MAGISTRATE JUDGE**