IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

      Plaintiffs,

v.                                CASE NO.: 3:06cv89/MCR/EMT

HARTFORD INSURANCE COMPANY,

      Defendant.
_____/

## REPORT OF MEDIATOR

      THIS CAUSE came before the undersigned for Court-ordered mediation pursuant to this Court's Referral to Mediation and Order for Pretrial Conference entered May 30, 2007. A mediation session was held in the offices of the undersigned on July 18, 2007. Counsel for Defendant and a representative of Defendant were present, and Plaintiffs were present, pro se. After a full discussion of the issues, the mediation session resulted in an IMPASSE.

DATED this 18th day of July, 2007.

*Belinda B. de Kozan*
Belinda B. de Kozan
Circuit Mediator No. 17829R
Florida Bar No. 846902
McDonald, Fleming, Moorhead, Ferguson, Green,
 Smith, Blankenship, Heath & de Kozan, LLP
25 West Government Street
Pensacola, FL 32502
(850) 477-0660
Mediator

Copies to:

Mr. & Mrs. Thomas E. Stallworth
Joseph T. Kissane, Esquire