IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS STALLWORTH and
WILLIE MAE STALLWORTH,

      Plaintiffs,

v.	CASE NO.: 3:06cv89/MCR/EMT

HARTFORD INSURANCE COMPANY,

      Defendant.
_____/

## AMENDED REPORT OF MEDIATOR

THIS CAUSE came before the undersigned for Court-ordered mediation pursuant to this Court's Referral to Mediation and Order for Pretrial Conference entered May 30, 2007. A mediation session was held in the offices of the undersigned on July 18, 2007. Counsel for Defendant and a representative of Defendant were present, and Plaintiffs were present, pro se. After a full discussion of the issues, the mediation session resulted in an impasse. However, subsequent to the mediation session, the parties resumed settlement negotiations telephonically with the undersigned serving as mediator. After further telephonic mediation, the mediation resulted in SETTLEMENT on August 7, 2007.

DATED this 8th day of August, 2007.

_____
Belinda B. de Kozan
Circuit Mediator No. 17829R
Florida Bar No. 846902
McDonald, Fleming, Moorhead, Ferguson, Green,
 Smith, Blankenship, Heath & de Kozan, LLP
25 West Government Street
Pensacola, FL 32502
(850) 477-0660
Mediator

Copies to:

Mr. & Mrs. Thomas E. Stallworth
Joseph T. Kissane, Esquire